☐   New Matter

☐   Amendment Relating to a Pending Matter

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*[Insert Name of Individual Case]* | MDL NO. 1:13-MD-2428-DPW<br><br>SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL |

    The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case. Plaintiffs (s) further allege as follows:

1.    Plaintiff _____

2.    Plaintiff's Spouse (*if applicable*)_____

3.    Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.)_____

4.    State of Residence_____

5a.    ☐    By checking here, I choose Massachusetts as the "home" forum.

5b.    If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing_____

6.    Defendant(s)[*check each Defendant against whom Complaint is made*]:[1]

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the

☐ FRESENIUS MEDICAL CARE HOLDINGS, INC.

☐ FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

☐ FRESENIUS USA, INC.

☐ FRESENIUS USA MANUFACTURING, INC.

☐ FRESENIUS USA MARKETING, INC.

☐ FRESENIUS USA SALES, INC.

☐ FRESENIUS MEDICAL CARE AG & CO. KGaA.

☐ FRESENIUS MEDICAL CARE MANAGEMENT AG.

☐ FRESENIUS SE & CO. KGaA.

☐ FRESENIUS MANAGEMENT SE.

☐ Other _____

7. Basis of Jurisdiction

☐ Diversity of Citizenship

☐ Other: _____

Other allegations of jurisdiction and venue:
_____
_____
_____
_____

8. On or about _____, Plaintiff had the following injury:

_____

which is alleged to have been caused by Defendants NaturaLyte and/or GranuFlo administered to Plaintiff for dialysis treatment at: _____ [*insert name and address of clinic or facility where Plaintiff underwent dialysis treatment*].

Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the *Short Form Complaint*.

2

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

☐ Count I – STRICT LIABILITY

☐ Count II – NEGLIGENT FAILURE TO WARN

☐ Count III – NEGLIGENT DESIGN

☐ Count IV – NEGLIGENCE

☐ Count V – NEGLIGENT MISREPRESENATION

☐ Count VI – BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

☐ Count VII – BREACH OF IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE

☐ Count VIII – BREACH OF EXPRESS WARRANTY

☐ Count IX – FRAUD

☐ Count X – VIOLATION OF CONSUMER PROTECTION LAWS

☐ Count XI – LOSS OF CONSORTIUM

☐ Count XII – WRONGFUL DEATH

☐ Count XIII – SURVIVAL ACTION

☐ Other Count(s) (*See* FN 1)

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):

|   |
|---|
|   |
|   |
|   |

11. Plaintiff asserts the following additional theories against Defendants <u>other than</u> those identified in Paragraph 6 above (*See* FN 1):

3

|  |
|---|
|  |
|  |
|  |

WHEREFORE, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury Demand* filed in MDL No. 2428.

_____

Attorney-name

Firm
Address
Phone
Fax
E-mail
*Attorney for Plaintiff(s)*