**Instructions for Filing a *Short Form Complaint***

Before you can file a short form complaint, you must obtain an ECF login number.

To do so, go to: www.mad.uscourts.gov/ and proceed to "Attorney Admission Information". To receive a paper copy of the CM/ECF Login Request go to: http://www.mad.uscourts.gov/caseinfo/pdf/ECFRegisterFormfill.PDF. To fill out the request electronically go to: http://public.mad.uscourts.gov/ecfreg.html. Indicate where requested, that you are an attorney of record in *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, MDL No: 1:13-md-2428 DPW.

After you receive an ECF login, you may file a *Short Form Complaint* at: http://www.mad.uscourts.gov/caseinfo/cmecf-general.htm as a CM/ECF Filer.

After you log in, follow these steps:

1. Open a civil case;

2. If you are not a member of the District of Massachusetts, indicate that you are an MDL Attorney;

3. Indicate that your civil case is related to MDL 1:13-md-2428;

4. Indicate the lead case number (1:13-md-2428) and check off the box for "Related Cases"; and

5. Proceed accordingly to file your *Short Form Complaint* via ECF.