☐  New Matter

☒  Amendment Relating to a Pending Matter

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Cohen v. Fresenius Medical Care Holdings, Inc., et. al.<br><br>1:14-CV-10527-DPW | § § § § § § § § § § § § § | MDL NO. 1:13-MD-2428-DPW<br><br>SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL |

The Plaintiff named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case.  Plaintiff further alleges as follows:

1.  Plaintiff:  <u>Barbara Cohen, as Personal Representative for the Estate of Allan Cohen, deceased, for the benefit of Barbara Cohen, surviving spouse, and the Estate of Allan Cohen.</u>

2.  Plaintiff's Spouse:  <u>The deceased's spouse is Barbara Cohen.</u>

3.  Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.)<u>  The Estate of Allan Cohen.</u>

4.  State of Residence: <u>Florida</u>

5a.  ☐   By checking here, I choose Massachusetts as the "home" forum.

5b.  If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing: <u>the Southern District of Florida – West Palm Beach Division.</u>

Barbara Cohen v. Fresenius, et. al.
Case No.: 502013CA016840XXXXMBAG
Short Form Complaint
Page 2

6. Defendant(s)[*check each Defendant against whom Complaint is made*]:[1]

&boxtimes;  FRESENIUS MEDICAL CARE HOLDINGS, INC.

&boxtimes;  FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

&boxtimes;  FRESENIUS USA, INC.

&boxtimes;  FRESENIUS USA MANUFACTURING, INC.

&boxtimes;  FRESENIUS USA MARKETING, INC.

&boxtimes;  FRESENIUS USA SALES, INC.

☐  FRESENIUS MEDICAL CARE AG & CO. KGaA.

☐  FRESENIUS MEDICAL CARE MANAGEMENT AG.

☐  FRESENIUS SE & CO. KGaA.

☐  FRESENIUS MANAGEMENT SE.

☐  Other _____

7. Basis of Jurisdiction

&boxtimes;  Diversity of Citizenship

☐  Other: _____

Other allegations of jurisdiction and venue:
_____
_____
_____
_____

8. On or about November 23, 2011, Allan Cohen died.

On or about November 18, 2011, Allan Cohen underwent dialysis services with Total Renal Care d/b/a/ DaVita Acute Services. Total Renal Care is a California corporation with its principle address located at 2000 16th Street, Denver, Colorado, and its registered

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the *Short Form Complaint.*

Case 1:13-md-02428-NMG   Document 683   Filed 07/25/14   Page 3 of 5

Barbara Cohen v. Fresenius, et. al.
Case No.: 502013CA016840XXXXMBAG
Short Form Complaint
Page 3

<u>agent located at 1201 Hays Street, Tallahassee, Florida. Total Renal Care provides dialysis services using the NaturaLyte® and/or GranuFlo® product(s) at Boca Raton Regional Hospital, located in Boca Raton, Palm Beach County, Florida. On or about November 19, 2011, Allan Cohen underwent a second dialysis with Total Renal Care at Boca Raton Regional Hospital. During both of those dialysis treatments for Allan Cohen's acute renal failure Total Renal Care provided dialysis treatment utilizing NaturaLyte® and/or GranuFlo® product. On November 23, 2011, after his second dialysis treatment, Allan Cohen died of cardiopulmonary arrest due to the use of NaturaLyte® and/or GranuFlo® product during his dialysis.</u>

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

- ☒ Count I – STRICT LIABILITY
- ☒ Count II – NEGLIGENT FAILURE TO WARN
- ☐ Count III – NEGLIGENT DESIGN
- ☒ Count IV – NEGLIGENCE
- ☐ Count V – NEGLIGENT MISREPRESENATION
- ☐ Count VI – BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
- ☐ Count VII – BREACH OF IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE
- ☐ Count VIII – BREACH OF EXPRESS WARRANTY
- ☒ Count IX – FRAUD
- ☐ Count X – VIOLATION OF CONSUMER PROTECTION LAWS
- ☐ Count XI – LOSS OF CONSORTIUM
- ☐ Count XII – WRONGFUL DEATH
- ☐ Count XIII – SURVIVAL ACTION
- ☐ Other Count(s)

Barbara Cohen v. Fresenius, et. al.
Case No.: 502013CA016840XXXXMBAG
Short Form Complaint
Page 4

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):

| N/A |
|---|
|  |
|  |

11. Plaintiff asserts the following additional theories against Defendants <u>other than</u> those identified in Paragraph 6 above (*See* FN 1):

| N/A |
|---|
|  |
|  |
|  |

**WHEREFORE**, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury Demand* filed in MDL No. 2428.

Respectfully submitted,

/s Adam J. Langino, Esq.
ADAM J. LANGINO, ESQ.
Florida Bar No.: 0031368
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
(561) 515-1400
(561) 515-1401
alangino@cohenmilstein.com
 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that this pleading filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and to those indicated pursuant to Case Management Order No. 7 (revised).

Dated: Friday, July 25, 2014

/s Adam J. Langino, Esq.  
ADAM J. LANGINO, ESQ.  
Florida Bar No.: 0031368  
Cohen Milstein Sellers & Toll, PLLC  
2925 PGA Boulevard, Suite 200  
Palm Beach Gardens, FL  33410  
(561) 515-1400  
(561) 515-1401  
alangino@cohenmilstein.com  
Attorney for Plaintiff