☐ **New Matter-**

☒ **Amendment Relating to a Pending Matter -**

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

_____
§
**IN RE: FRESENIUS** § **MDL NO. 1:13-MD-2428-DPW**
**GRANUFLO/NATURALYTE DIALYSATE** §
**PRODUCTS LIABILITY LITIGATION** §
§ **SHORT-FORM COMPLAINT**
**This Document Relates to:** § **AND DEMAND FOR JURY**
§ **TRIAL**
**IN RE: FRESENIUS GRANUFLO/NATURALYTE**§
**DIALYSATE PRODUCTS LIABILITY** §
**LITIGATION** §
_____ §

The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case. Plaintiffs (s) further allege as follows:

1. Plaintiff   Jason James Pieczonka_____

2. Plaintiff's Spouse (*if applicable*)  _n/a_____

3. Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.) CAROL J. PIECZONKA, INDIVIDUALLY AND AS NEXT OF KIN AND PERSONAL REPRESENTATIVE OF JASON JAMES PIECZONKA, DECEASED and JIM PIECZONKA, SURVIVOR OF JASON JAMES PIECZONKA, as

4. State of Residence: Plaintiff Jason James Pieczonka, was a resident of Florida. The Personal Representative, Carol J Pieczonka, is a resident of New York.

5a.   ☒   By checking here, I choose Massachusetts as the "home" forum. .

5b. If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing_____

6. Defendant(s):

   ☒ FRESENIUS MEDICAL CARE HOLDINGS, INC.

   ☒ FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

   ☒ FRESENIUS USA, INC.

   ☒ FRESENIUS USA MANUFACTURING, INC.

   ☒ FRESENIUS USA MARKETING, INC.

   ☒ FRESENIUS USA SALES, INC.

   ☒ FRESENIUS MEDICAL CARE AG & CO. KGaA.

   ☒ FRESENIUS MEDICAL CARE MANAGEMENT AG.

   ☒ FRESENIUS SE & CO. KGaA.

   ☒ FRESENIUS MANAGEMENT SE.

   ☐ Other _____

7. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   ☐ Other: _____

   Other allegations of jurisdiction and venue:
   _____
   _____
   _____
   _____

8. Decedent, Jason J. Pieczonka, received dialysis treatment at the Fresenius Medical Dialysis Center. Decedent received Defendants' defective product on October 24, 2011, and shortly thereafter suffered an episode of cardiac arrest. This event caused extensive injuries to his heart and internal organs. His injuries and death which is alleged to have been caused by Decedent's exposure to Defendants' Granuflo and/or Naturalyte product administrated during dialysis treatment at Fresenius facilities

Specific facts:

Decedent, Jason J. Pieczonka, was 29 years-old when he was receiving treatment at the Fresenius Medical Dialysis Center, 9400 Gladiolus Drive, Fort Myers, FL 33908.

1. Dialysis treatments began September 16, 2011 and upon information and belief, Decedent received Defendants' defective product during his hemodialysis treatments. In addition to the cumulative effects of the use of Defendant's defective product on three separate occasions Mr. Pieczonka during the hemodialysis treatments or directly after receiving the hemodialysis treatments Mr. Pieczonka was rushed to the Gulf Coast Hospital for emergency and lifesaving treatment.

    a. On or October 24, 2011 during a hemodialysis treatment Mr. Pieczonka suffered and event of cardiac arrest and was in the intensive care unit of the Gulf Coast Hospital for a period of three days following the dialysis treatment.

    b. On or about March 23, 2012 during the hemodialysis treatment. Mr. Pieczonka suffered hypoxia and had trouble breathing and was admitted to the Gulf Coast Hospital for a period of 6 days to recover.

    c. On or about April 16, 2012 during the hemodialysis treatment, Mr. Pieczonka suffered hypoxia and had trouble breathing and was admitted to the Gulf Coast Hospital for a period of 4 days to recover.

    d. As a result of the above episodes caused by the use of Defendant's defective product and the cumulative effects of the Mr. Pieczonka's use of Defendant's defective product during his weekly hemodialysis treatments. Mr. Pieczonka's Focal Segmental Glomerulosclerosis (FSGS) condition was further exacerbated in addition to Mr. Pieczonka's heart and vital internal organs being extensively damaged which led to their ultimate deterioration and Mr. Pieczonka's death.

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

    [x]    Count I –        STRICT LIABILITY

    [x]    Count II –       NEGLIGENT FAILURE TO WARN

    [x]    Count III –      NEGLIGENT DESIGN

    [x]    Count IV –       NEGLIGENCE

    [x]    Count V –        NEGLIGENT MISREPRESENTATION

    [x]    Count VI –       BREACH OF IMPLIED WARRANTY OF
                            MERCHANTABILITY

    [x]    Count VII –      BREACH OF IMPLIED WARRANTY OF FITNESS FOR
                            PARTICULAR PURPOSE

    [x]    Count VIII –     BREACH OF EXPRESS WARRANTY

    [x]    Count IX –       FRAUD

☒ Count X –    VIOLATION OF CONSUMER PROTECTION LAWS

☒ Count XI –   LOSS OF CONSORTIUM

☒ Count XII –  WRONGFUL DEATH

☒ Count XIII – SURVIVAL ACTION

☐ Other Count(s) (*See* FN 1)

---

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):

| |
|---|
| Strict Liability: Failure to Warn, Design Defect |
| Punitive Damages |
| |

11. Plaintiff asserts the following additional theories against Defendants <u>other than</u> those identified in Paragraph 6 above (*See* FN 1):

| |
|---|
| |
| |
| |
| |

**WHEREFORE**, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury Demand* filed in MDL No. 2428.

RESPECTFULLY SUBMITTED,
/s/_____
Jorge C. Borron

JORGE C. BORRON, LLC.
1430 South Dixie Highway
Suite 203
Coral Gables, FL 33134
(305) 667-1727

4

Fax: (305) 567-9875
Primary electronic mail recipient: Jorge@JorgeCBorronLaw.com
Secondary electronic mail recipient: Ileana@JorgeCBorronLaw.com
Audrey@JorgeCBorronLaw.com

Attorney for Plaintiff


RESPECTFULLY SUBMITTED,
/s/_____
Nicholas McCarville

McCarville Law, P.L.
1675 SW 27th Ave
Miami, FL 33145
(305) 677-3619
Fax: (786) 515-9649
Nicholas@mcclegal.com

Attorney for Plaintiff

5