UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Alice Cox as Personal Representative of The Estate of Stephen Cox | MDL NO. 1:13-MD-2428-DPW<br><br>SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL |

The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case.  Plaintiffs (s) further allege as follows:

1. Plaintiff  Stephen Cox

2. Plaintiff's Spouse (*if applicable*) N/A

3. Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.) Alice Cox as PR of the Estate of Stephen Cox

4. State of Residence South Carolina

5a. ☐   By checking here, I choose Massachusetts as the "home" forum.

5b. If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing United States District Court District of South Carolina, Greenville Division

6. Defendant(s)[*check each Defendant against whom Complaint is made*]:[1]

    ☐   FRESENIUS MEDICAL CARE HOLDINGS, INC.

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the *Short Form Complaint.*

☒ FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

☒ FRESENIUS USA, INC.

☒ FRESENIUS USA MANUFACTURING, INC.

☒ FRESENIUS USA MARKETING, INC.

☒ FRESENIUS USA SALES, INC.

☐ FRESENIUS MEDICAL CARE AG & CO. KGaA.

☐ FRESENIUS MEDICAL CARE MANAGEMENT AG.

☐ FRESENIUS SE & CO. KGaA.

☐ FRESENIUS MANAGEMENT SE.

☐ Other _____

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: _____

Other allegations of jurisdiction and venue:
_____
_____
_____
_____

8. On or about <u>February 20, 2013</u>, Plaintiff had the following injury:

<u>Sudden heart attack resulting in death,</u>

which is alleged to have been caused by Defendants NaturaLyte and/or GranuFlo administered to Plaintiff for dialysis treatment at: <u>DaVita Palmetto Dialysis, 317 Professional Park Road, Clinton, SC 29325.</u>

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

☒ Count I – STRICT LIABILITY

☒ Count II – NEGLIGENT FAILURE TO WARN

2

☒ Count III –    NEGLIGENT DESIGN

☒ Count IV –    NEGLIGENCE

☒ Count V –    NEGLIGENT MISREPRESENATION

☒ Count VI –    BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

☒ Count VII –    BREACH OF IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE

☒ Count VIII –    BREACH OF EXPRESS WARRANTY

☒ Count IX –    FRAUD

☒ Count X –    VIOLATION OF CONSUMER PROTECTION LAWS

☐ Count XI –    LOSS OF CONSORTIUM

☒ Count XII –    WRONGFUL DEATH

☒ Count XIII –    SURVIVAL ACTION

☒ Other Count(s) (*See* FN 1)

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):

At all times relevant to this action, the South Carolina Unfair Trade Practices Act codified at S.C. Code Ann. 39-5-20 was in effect. The section states:

Unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful.

It is the intent of the legislature that in construing paragraph (a) of this section the courts will be guided by the interpretations given by the Federal Trade Commission and the Federal Courts to § 5(a) (1) of the Federal Trade Commission Act (15 U.S.C. 45(a)(1)), as from time to time amended.

Defendant Fresenius engaged in deceptive acts or practices in violation of the South Carolina Unfair Trade Practices Act, including but not limited to utilizing deception, fraud, misrepresentation, concealment, and omission and suppression of research from investigations, adverse events reported to the U.S. Food and Drug Administration, and clinical trials regarding the safety, efficacy, and the unreasonably dangerous nature of the failure of the device.

   The Defendant Fresenius violated the South Carolina Unfair Trade Practices Act by concealing, omitting, and failing to inform the Plaintiffs and other purchasers of prevalent product failures relating to their products.

   The Defendant Fresenius and DaVita's deceptive acts and practices occurred during a course of conduct involving trade or commerce.

   As a direct and proximate cause of the Defendant Fresenius' violations of the South Carolina Unfair Trade Practices Act, the Plaintiff has sustained severe physical and emotional injuries and economic loss, for which Plaintiff is entitled to punitive and compensatory damages in an amount to be proven at trial.

11. Plaintiff asserts the following additional theories against Defendants <u>other than</u> those identified in Paragraph 6 above (*See* FN 1):

|  |
|---|
|  |
|  |
|  |
|  |

   **WHEREFORE**, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury Demand* filed in MDL No. 2428.

                  s/Robert W. Jones_____
                  S. Blakely Smith (Fed ID No.: 06954)
                  Robert W. Jones (Fed ID No.: 11021)
                  Parham Smith & Archenhold, LLC
                  PO Box 2800
                  Greenville, SC  29602
                  864-242-9008
                  864-271-6155
                  bsmith@parhamlaw.com
                  bjones@parhamlaw.com

                  *Attorney for Plaintiff(s)*