# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*All Cases* | MDL No. 1:13-md-2428-DPW |

### FMCNA'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR RELIEF FROM CMO 11'S REBUTTAL EXPERT REPORT DEADLINE AS APPLIED TO PLAINTIFFS' EXPERT TIMOTHY ULATOWSKI

Defendants Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America; Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; and Fresenius USA Marketing, Inc. (collectively, "FMCNA") hereby files this notice of withdrawal of its Motion for Relief from CMO 11's Rebuttal Expert Report Deadline as Applied to Plaintiffs' Expert Timothy Ulatowski (Doc. #1177) ("Motion for Relief") currently pending with the Court in the above-captioned matter.  In further explanation, FMCNA states the following:

1. On March 16, 2015, Plaintiffs in the *In re: Consolidated Fresenius Cases* litigation pending in the Commonwealth of Massachusetts Middlesex County Superior Court, Lead Civil Action No. 2013-03400-O ("Fresenius State Consolidated Proceeding") disclosed Timothy A. Ulatowski as one of their experts and served FMCNA with Mr. Ulatowski's expert report.

2. On March 24, 2015, FMCNA filed a motion to disqualify Mr. Ulatowski in the Fresenius State Consolidated Proceeding.

3. On May 4, 2015, the Discovery Master issued a decision preliminarily denying FMCNA's motion to disqualify Mr. Ulatowski, in response to which FMCNA filed objections with Superior Court Justice Kirpalani.

4. While FMCNA's objections were pending with Judge Kirpalani, FMCNA filed with this Court its Motion for Relief from CMO 11's June 1st deadline for FMCNA's submission of a rebuttal to Mr. Ulatowski's expert report.

5. On June 1, 2015, Judge Kirpalani issued an order affirming the Discovery Master's decision denying FMCNA's motion to disqualify Mr. Ulatowski.

6. Accordingly, FMCNA and the MDL Plaintiffs' Executive Committee have agreed that FMCNA will issue its rebuttal report to Mr. Ulatowski's expert report on June 26, 2015, thereby mooting FMCNA's Motion for Relief.

WHEREFORE, FMCNA hereby withdraws its Motion for Relief from CMO 11's Rebuttal Expert Report Deadline as Applied to Plaintiffs' Expert Timothy Ulatowski.

June 12, 2015

Respectfully submitted,

 /s/ Maria R. Durant
William H. Kettlewell (BBO # 270320)
Maria R. Durant (BBO # 558906)
Sara E. Silva (BBO # 645293)
COLLORA LLP
100 High Street, 20th Floor
Boston, MA 02110
(617) 371-1000
(617) 371-1037 (fax)
wkettlewell@collorallp.com
mdurant@collorallp.com
ssilva@collorallp.com

Leigh Anne Hodge
Kevin C. Newsom
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8000
(205) 521-8800 (fax)
lhodge@babc.com

knewsom@babc.com

James F. Bennett
Megan S. Heinsz
DOWD BENNETT LLP
773 Forsyth Blvd., Suite 1410
St. Louis, MO 63105
(314) 889-7300
(314) 889-7302 (fax)
jbennett@dowdbennett.com
mheinsz@dowdbennett.com

Juanita Brooks
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
(858) 678-5099 (fax)
brooks@fr.com

Thomas Melsheimer
FISH & RICHARDSON
171 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070
(214) 747-2091 (fax)
melsheimer@fr.com

Michael Florey
FISH & RICHARDSON
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
(612) 335-5070
(612) 288-9696 (fax)
florey@fr.com

*Counsel for FMCNA*

**CERTIFICATION OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2015.

                                                  */s/ Maria R. Durant*
                                                  Maria R. Durant