# EXHIBIT 1

| Plaintiff | Po... | ... | ...in... |  |
|-----------|-------|-----|----------|--|
| ACKER, Nellie (Couch et al) | ACKER, David | 1422-CC00514 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| ACKER, Nellie Ruth | ACKER, David | 1:14-cv-12366 | MDL-D.Mass. | Beasley Allen Crow Methvin Portis & Miles, PC |
| ALEXANDER, Venis (Pryor et al) | ALEXANDER, Peggy | 1422-CC00362 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; Baron & Budd, PC; The Driscoll Firm; Dowd & Dowd, PC |
| ALEXANDER, Venis | ALEXANDER, Peggy | 1:15-cv-10630 | MDL-D.Mass. | The Branch Law Firm |
| ALEXANDER, Alicia | ALEXANDER, Yvonne | 13-03357 | Massachusetts State | Douglas & London |
| ALEXANDER, Alicia | ALEXANDER, Yvonne | 1:13-cv-12893 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| STOKES, Georgette | ALLEN, George Jr. | 14-06534 | Massachusetts State | Janet Jenner & Suggs, LLC; Shrader & Associates LLP |
| ALLEN, Rosemary | ALLEN, George Jr. | 1:14-cv-13501 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| ALLEN, Shirley (Nesbitt et al) | ALLEN, Irene | 1422-CC00700 | St. Louis | Gori Julian & Associates, PC; James Ferrell, PC; Holland, Groves, Schneller & Stolze, LLC |
| ALLEN, Shirley (Pryor II et al) | ALLEN, Irene | 1:15-cv-12671 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; The Gallagher Law Firm, LLP |
| ASKEW, Clarence | ASKEW, Belena | 15-03606 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| ASKEW, Clarence | ASKEW, Belena | 1:13-cv-12933 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| BURNELL, Kenya (Couch et al) | BALDWIN, Vivian | 1422-CC00514 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| BALDWIN, Gregory | BALDWIN, Vivian | 1:14-cv-13452 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| BENSON, Betty Jean | BENSON, Tommy | 14-07109 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| BENSON, Betty Jean | BENSON, Tommy | 1:13-cv-10897 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| BLAND, Mary | BLAND, Lillie | 15-03627 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BLAND, Mary | BLAND, Lillie | 1:13-cv-12878 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| BLANKS, Katherine | BLANKS, Katherine | 13-05173 | Massachusetts State | Janet, Jenner & Suggs, LLC |
| BLANKS, Katherine | BLANKS, Katherine | 15-02022 | Massachusetts State | Kreindler & Kreindler LLP |

| | | | | |
|---|---|---|---|---|
| BLANKS, Katherine (Jones et al) | BLANKS, Katherine | BC578460 | Cal. State | Khorrami, LLP |
| BLANKS, Katherine (Bodnar et al) | BLANKS, Katherine | 1:15-cv-12407 | MDL-D.Mass. | Sill Law Group |
| BLANKS, Katherine | BLANKS, Katherine | 1:14-cv-10859 | MDL-D.Mass. | Hollis Law Firm |
| BLANKS, Katherine | BLANKS, Katherine | 1:15-cv-11945 | MDL-D.Mass. | Gomez Trial Attorneys |
| BOLDEN, Victor | BOLDEN, Derrick | 15-04147 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| BOLDEN, Victor | BOLDEN, Derrick | 1:13-cv-12904 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| SEYMOUR, Cynthia | BOSTON, Dorothy | 14-02245 | Massachusetts State | Janet, Jenner & Suggs, LLC; Nix, Patterson & Roach, LLP; Feazell & Tighe, LLP |
| MILLER, Sonja | BOSTON, Dorothy | 1:14-cv-11232 | MDL-D.Mass. | Kreindler & Kreindler LLP; The Driscoll Firm, PC |
| BOYCE, Gloria | BOYCE, Etta | 15-03617 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BOYCE, Gloria | BOYCE, Etta | 1:13-cv-12868 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| BRADLEY, Otis | BRADLEY, Corine | 15-03616 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BRADLEY, Otis | BRADLEY, Corine | 1:13-cv-12887 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| WILLIAMS, Terrence | BRISBY, Bertha | 15-03997 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| WILLIAMS, Terrence | BRISBY, Bertha | 1:13-cv-12932 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| BROWN, Jacqueline | BROWN, John S. | 14-02351 | Massachusetts State | Sanders Viener Grossman, LLP |
| BROWN, Jacqueline et al. | BROWN, John S. | 1:14-cv-12402 | MDL-D.Mass. | Milstein Adelman, LLP; Kabateck Brown Kellner, LLP |
| BROWN, Gladys | BROWN, Robert | 15-03567 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BROWN, Gladys | BROWN, Robert | 1:13-cv-12947 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| BROWN, Gloria (Spillers et al) | BROWN, Ronald | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| FLEMNG, Shakia | BROWN, Ronald | 1:15-cv-11596 | MDL-D.Mass. | Cory Watson, PC |
| BUCKELEW, Lauralee | BUCKELEW, Stephanie | 15-04108 | Massachusetts State | Janet, Jenner & Suggs, LLC; Shrader & Associates LLP |

| | | | | |
|---|---|---|---|---|
| BUCKELEW, Stephanie | BUCKELEW, Stephanie | 1:13-cv-10598 | MDL-D.Mass. | Hagens Berman Sobol Shapiro LLP |
| PARKS, Brenda | BUCKLEY, Clevell | 14-07108 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| HUNTER, Johnnie | BUCKLEY, Clevell | 1:15-cv-10746 | MDL-D.Mass. | Hagens Berman Sobol Shapiro LLP |
| PARKS, Brenda | BUCKLEY, Clevell | 1:13-cv-10916 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| JACKSON, Ollie | BULLOCK, Oliver Perry | 15-04122 | Massachusetts State | The Penton Law Firm |
| SHERWOOD, Annie | BULLOCK, Oliver Perry | 1:15-cv-11863 | MDL-D.Mass. | Ingram & Associates, PLLC |
| BUMPERS, Wilhemina Carson | BUMPERS, James | 14-03021 | Massachusetts State | Leavis and Rest, PC; The Penton Law Firm |
| BUMPERS, Wilhemina | BUMPERS, James | 15-04214 | Massachusetts State | The Penton Law Firm |
| BUMPERS, Wilhemina | BUMPERS, James | 1:13-cv-00129 | MDL-D.Mass. | Kuykendall & Associates; The Penton Law Firm |
| BUMPERS, Wilhemina | BUMPERS, James | 1:15-cv-12282 | MDL-D.Mass. | The Penton Law Firm |
| LOVERN, Sheila | BURCHFIELD, Arnold | 15-03463 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| LOVERN, Sheila | BURCHFIELD, Arnold | 1:13-cv-12951 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| BURTON, Irma Cherell | BURTON, Bennie | 15-03555 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BURTON, Irma Cherell | BURTON, Bennie | 1:13-cv-12876 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| DAVIS, Sharon (Spillers et al) | BURTON, Geneva | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| DAVIS, Sharon B. | BURTON, Geneva | 1:15-cv-11647 | MDL-D.Mass. | Cory Watson, PC |
| BURTON, Monica | BURTON, Gracie | 15-03552 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BURTON, Monica | BURTON, Gracie | 1:13-cv-12870 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| CAFFEY, Robert Sr. | CAFFEY, Olivia | 15-03264 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| CAFFEY, Robert Sr. | CAFFEY, Olivia | 1:13-cv-12898 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| CHAMBERS , Isaac (Couch et | CHAMBERS, Willie Mae | 1422-CC00514 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; |

| | | | | |
|---|---|---|---|---|
| al) | | | | Holland, Groves, Schneller & Stolze, LLC |
| HARDEN, Lenora | CHAMBERS, Willie Mae | 1:13-cv-12469 | MDL-D.Mass. | Dowdy Cockerham & Watt |
| CEPEDA, Ivette Rivera | CINTRON, Hector L. Diaz | 14-00073 | Massachusetts State | Kreindler & Kreindler LLP |
| CEPEDA, Ivette Rivera | CINTRON, Hector L. Diaz | 1:14-cv-10194 | MDL-D.Mass. | Law Offices of David Efron, PC |
| CLARK, Betty | CLARK, Annie | 15-03305 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| CLARK, Betty | CLARK, Annie | 1:13-cv-12899 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| CLARK, Jeana (Spillers et al) | CLARK, Joe Harper | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| CLARK, Jeana | CLARK, Joe Harper | 1:15-cv-11646 | MDL-D.Mass. | Cory Watson, PC |
| CLAYBORN, Dora Ann | CLAYBORN, William Jr. | 1:15-cv-10291 | MDL-D.Mass. | Ingram & Associates, PLLC |
| CLAYBORN, Terry Louise | CLAYBORN, William Jr. | 1:14-cv-13790 | MDL-D.Mass. | W. Howard Gunn and Associates |
| CLINE, Douglas Jr. (Spillers et al) | CLINE, Bobbie | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| CLINE, Douglas Jr. | CLINE, Bobbie | 1:15-cv-11625 | MDL-D.Mass. | Cory Watson, PC |
| COGHILL, George | COGHILL, Violet A. | 1:14-cv-11237 | MDL-D.Mass. | Bernstein Liebhard LLP |
| COGHILL, Jeffery (Taylor et al) | COGHILL, Violet A. | 1:14-cv-14655 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| MUNOZ-COLLINS, Laura | COLLINS, Alonzo | 14-05784 | Massachusetts State | Kelley Bernheim Dolinsky, LLC; Childers Schlueter & Smith, LLC |
| MUNOZ-COLLINS, Laura | COLLINS, Alonzo | 1:14-cv-12898 | MDL-D.Mass. | Heninger Garrison Davis, LLC |
| JOHNSON, Mae | CONNER, Mary | 15-03499 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| JOHNSON, Mae | CONNER, Mary | 1:13-cv-12883 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| COOKS, Ronald (Spillers et al) | COOKS, Willie | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| COOKS, Ronald | COOKS, Willie | 1:15-cv-11606 | MDL-D.Mass. | Cory Watson, PC |
| ULMER, April | COOPER, Doyann | 1:15-cv-10414 | MDL-D.Mass. | Skikos, Crawford, Skikos & Joseph, LLP |
| ULMER, Latoya | COOPER, Doyann | 1:15-cv-10483 | MDL-D.Mass. | The Miller Firm, LLC |
| CROCKER, Shirley (Spillers et al) | CROCKER, William | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |

| | | | | |
|---|---|---|---|---|
| CROCKER, Shirley | CROCKER, William | 1:15-cv-11641 | MDL-D.Mass. | Cory Watson, PC |
| DASHER, Shenae | DASHER, Edgar | 14-01040 | Massachusetts State | Janet, Jenner & Suggs, LLC; Shrader & Associates LLP |
| YOUNG, Latasha | DASHER, Edgar | 1:14-cv-13457 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| GRAY, Barbara Jean | DAVIDSON, Donald Earl Sr. | 14-07107 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| GRAY, Barbara Jean | DAVIDSON, Donald Earl Sr. | 1:13-cv-10973 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| DAVIS, Danny (Jones et al) | DAVIS, Gloria | BC578460 | Cal. State | Khorrami, LLP |
| DAVIS, Danny | DAVIS, Gloria | 15-03823 | Massachusetts State | Kreindler & Kreindler LLP; Gomez Trial Attorneys |
| DAVIS, Danny | DAVIS, Gloria | 1:15-cv-11956 | MDL-D.Mass. | Gomez Trial Attorneys |
| DAVIS, Paula | DAVIS, Michael L. | 13-02293 | Massachusetts State | Kreindler & Kreindler LLP |
| DAVIS, Michael T. | DAVIS, Michael L. | 1:14-cv-10581 | MDL-D.Mass. | Ashcraft & Gerel, LLP |
| DAWSON, Johnnie V. | DAWSON, Willie | 15-04739 | Massachusetts State | The Penton Law Firm |
| DAWSON, Ivy | DAWSON, Willie | 3:13-cv-00562 | MDL-D.Mass. | Dowdy Cockerham & Watt |
| DICKEY, John Earl | DICKEY, Gynell | 14-07106 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| DICKEY, John Earl | DICKEY, Gynell | 5:13-cv-00053 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| DOWNS, Clotee | DOWNS, L.C. | 15-03573 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| DOWNS, Clotee | DOWNS, L.C. | 1:13-cv-12892 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| DUDLEY, Richard | DUDLEY, Bobby Frank | 1:14-cv-13991 | MDL-D.Mass. | The Singleton  Law Firm |
| DUDLEY, Richard (Aviles et al) | DUDLEY, Bobby Frank | 2:15-cv-04097 | MDL-D.Mass. | Law Offices of Baird A. Brown |
| DUMAS, Shirley (Spillers et al) | DUMAS, Dennis | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| DUMAS, Shirley T. | DUMAS, Dennis | 1:15-cv-11630 | MDL-D.Mass. | Cory Watson, PC |
| EARVIN, Velma Jean | EARVIN, Sammie Eddie | 14-07105 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| EARVIN, Velma Jean | EARVIN, Sammie Eddie | 1:13-cv-10915 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| ELLZEY-HAMMOND, Dedra | ELLZEY, Michael Sr. | 14-08040 | Massachusetts State | Sugarman, Rogers, Barshak & Cohen, PC; Flint & Associates, LLC |
| ELLZEY, Michael | ELLZEY, Michael | 1:15-cv-10496 | MDL-D.Mass. | Beasley Allen Crow Methvin Protis & Miles, PC |

| | Sr. | | | |
|---|---|---|---|---|
| RODRIGUEZ-NOGUES, Ana | ESPINOSA, Olga Nogues | 14-00074 | Massachusetts State | Kreinder & Kreindler |
| BENEJAM, Enrique Rodriguez et al. | ESPINOSA, Olga Nogues | 1:14-cv-10189 | MDL-D.Mass. | Law Offices of David Efron, PC |
| SCOTT, Kathy | FAIR, Marma Jr. | 15-03283 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| SCOTT, Kathy | FAIR, Marma Jr. | 1:13-cv-12896 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| FINLEY, Roneca | FINLEY, Glenda | 14-08167 | Massachusetts State | Douglas & London, PC |
| FINLEY, Roneca | FINLEY, Glenda | 1:14-cv-13197 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| CHRIST-FOLK, Ina Mae | FOLK, Raymond Walter Jr. | 14-08248 | Massachusetts State | Kreindler & Kreindler LLP; Levin, Papantonio |
| FOLK, Michele | FOLK, Raymond Walter Jr. | 1:14-cv-14291 | MDL-D.Mass. | Cory Watson, PC |
| FONTENOT, Eric | FONTENOT, Mona | 15-01065 | Massachusetts State | Bailey & Glasser LLP; Joshua D. Wilson; Stark & Stark |
| FONTENOT, Tony | FONTENOT, Mona | 1:14-cv-12010 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| FOWLER, Betty (Jones et al) | FOWLER, John Jr. | BC578460 | Cal. State | Khorrami, LLP |
| FOWLER, Betty | FOWLER, John Jr. | 1:15-cv-12018 | MDL-D.Mass. | Gomez Trial Attorneys |
| FOWLER, Betty | FOWLER, John Jr. | 1:15-cv-12024 | MDL-D.Mass. | Gomez Trial Attorneys |
| GARZA, Carina (Spillers et al) | GARCIA, Maria Socorro | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| GARZA, Carina | GARCIA, Maria Socorro | 1:15-cv-11612 | MDL-D.Mass. | Cory Watson, PC |
| GARRIES, Maurice | GARRIES, Ernestine | 15-02967 | Massachusetts State | Motley Rice, LLC; Davis & Crump, PC |
| GARRIES, Rosetta | GARRIES, Ernestine | 1:15-cv-10993 | MDL-D.Mass. | Ashcraft & Gerel, LLP |
| DONALD, Cathy Denise | GEARING, Dorothy Miles | 14-07104 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| DONALD, Cathy Denise | GEARING, Dorothy Miles | 1:13-cv-10890 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| GILLESPIE, Don | GILLESPIE, Myrtis | 15-03729 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| GILLESPIE, Don | GILLESPIE, Myrtis | 1:13-cv-12879 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| GRAVES, Robert (Spillers et al) | GRAVES, Herbert Eugene | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |

| | | | | |
|---|---|---|---|---|
| GRAVES, Robert | GRAVES, Herbert Eugene | 1:15-cv-11597 | MDL-D.Mass. | Cory Watson, PC |
| HALL, Franklin | HALL, Charles (Charlie) | 14-00579 | Massachusetts State | Kreindler & Kreindler LLP |
| HALL, Franklin | HALL, Charles (Charlie) | 1:14-cv-11797 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| PURNELL, Stacy (Spillers et al) | HARDING, Maude | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| PURNELL, Stacy | HARDING, Maude | 1:15-cv-11598 | MDL-D.Mass. | Cory Watson, PC |
| HARNESS, Kermit R. Jr. | HARNESS, Nell | 15-04367 | Massachusetts State | The Penton Law Firm |
| HARNESS, Jeffery | HARNESS, Nell | 1:15-cv-10699 | MDL-D.Mass. | Ingram & Associates, PLLC |
| HARRIS, Clara | HARRIS, Frank | 15-03544 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| HARRIS, Clara | HARRIS, Frank | 1:13-cv-12872 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| HARRIS, Lois | HARRIS, Rex Tolton | 1:14-cv-13917 | MDL-D.Mass. | The Singleton Law Firm |
| HARRIS, Lois C. | HARRIS, Rex Tolton | 1:15-cv-10950 | MDL-D.Mass. | Herman Gerel, LLP; Herman, Herman & Katz, LLC; Ashcraft & Gerel LLP |
| WILLIS, Brenda | HARRIS, Seress | 14-07103 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| WILLIS, Brenda | HARRIS, Seress | 1:13-cv-10968 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| HICKS, Ivan | HICKS, Dennis Duane | 15-03417 | Massachusetts State | Kreindler & Kreindler LLP |
| HICKS, Delbert | HICKS, Dennis Duane | 1:14-cv-10832 | MDL-D.Mass. | Bernstein Liebhard LLP |
| HICKS, Delbert | HICKS, Dennis Duane | 1:15-cv-11361 | MDL-D.Mass. | Bernstein Liebhard LLP |
| DALE, Annie (McGee et al) | HILL, Pearlie Mae | 1422-CC00702 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; Baron & Budd, PC; The Driscoll Firm; Dowd & Dowd, PC |
| HILL, David (Pryor II et al) | HILL, Pearlie Mae | 1:15-cv-12519 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; The Gallagher Law Firm, LLP |
| HOLLOWAY, Stanley | HOLLOWAY, Stanley | 15-01017 | Massachusetts State | Kreindler & Kreindler LLP |
| HOLLOWAY, Stanley | HOLLOWAY, Stanley | 1:15-cv-11430 | MDL-D.Mass. | The Dugan Law Firm, APLC; Kreindler & Kreindler LLP |
| DEMARY, Shirley | HOLMES, Sarah | 1:15-cv-10966 | MDL-D.Mass. | Ashcraft & Gerel, LLP |
| KING, Joetta | HOLMES, Sarah | 1:14-cv-11493 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| PUGSLEY, Peggy A. | HOLT, Johnnie R. | 14-07102 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |

| | | | | |
|---|---|---|---|---|
| PUGSLEY, Peggy A. | HOLT, Johnnie R. | 1:13-cv-00041 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| MESSICK, Spencer (Spillers et al) | HOPKINS, Johnnie | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| MESSICK, Spencer | HOPKINS, Johnnie | 1:15-cv-11623 | MDL-D.Mass. | Cory Watson, PC |
| HORNE, Billy Ray | HORNE, Hilda Lee | 14-07100 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| HORNE, Billy Ray | HORNE, Hilda Lee | 15-03686 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| HORNE, Billy Ray | HORNE, Hilda Lee | 1:13-cv-11043 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| EANOCHS, Patronian | HUDSON, Etta | 15-03329 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| EANOCHS, Patronian | HUDSON, Etta | 1:15-cv-10701 | MDL-D.Mass. | Ingram & Associates, PLLC |
| PERNELL, Patricia | HUMPHREY, Cynthia | 15-03415 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| PERNELL, Patricia | HUMPHREY, Cynthia | 1:13-cv-12958 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| ARMSTRONG, Lorene | JACKSON, Henry Sr. | 15-03608 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| ARMSTRONG, Lorene | JACKSON, Henry Sr. | 1:13-cv-12934 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| JENKINS, Frank | JENKINS, Valorie | 1:15-cv-10760 | MDL-D.Mass. | The Branch Law Firm |
| JENKINS, Frank | JENKINS, Valorie | 1:15-cv-11154 | MDL-D.Mass. | The Carlson Law Firm, PC |
| MCCANN, Evelyn | JOHNSON, Alberta | 14-01368 | Massachusetts State | Pollard Bailey; Khorrami, Boucher, Sumner, Sanguinetti, LLP |
| MCCANN, Evelyn | JOHNSON, Alberta | 1:14-cv-10591 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| YOUNG, Johnny (Spillers et al) | JONES, Essie | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| YOUNG, Johnny | JONES, Essie | 1:15-cv-11614 | MDL-D.Mass. | Cory Watson, PC |
| GORE, Betty | JONES, Gladys | 15-03917 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| JONES, Victor (Pryor et al) | JONES, Gladys | 1422-CC00362 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; Baron & Budd, PC; The Driscoll Firm; Dowd & Dowd, PC |
| JONES, Victor (Spillers et al) | JONES, Gladys | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC; Cory, Watson, Crowder & Degaris, P.C. |

| | | | | |
|---|---|---|---|---|
| JONES, Victor | JONES, Gladys | 1:15-cv-11617 | MDL-D.Mass. | Cory Watson, PC |
| JONES, Victor | JONES, Gladys | 1:14-cv-11360 | MDL-D.Mass. | The Singleton Law Firm; Cory Watson, PC |
| REED, Carolyn A. | JONES, Susie | 14-07099 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| REED, Carolyn A. | JONES, Susie | 1:13-cv-10920 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| JOHNSON, Wendy | KING, Joe | 15-03508 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| JOHNSON, Wendy | KING, Joe | 1:13-cv-12900 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| LAING, Elisa | LAING, Jeraldine | 15-01532 | Massachusetts State | Kreindler & Kreindler LLP; The Driscoll Firm, PC |
| LAING, Elisa | LAING, Jeraldine | 1:14-cv-12539 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| LANDRUM, Patricia | LANDRUM, Clinton Ramsey Sr. | 14-07098 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| LANDRUM, Patricia | LANDRUM, Clinton Ramsey Sr. | 1:13-cv-10965 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| LEATHERWOOD, Linda | LEATHERWOOD, Katherine S. | 1:14-cv-11841 | MDL-D.Mass. | Beasley Allen Crow Methvin Portis & Miles, PC |
| LEATHERWOOD, Linda | LEATHERWOOD, Katherine S. | 1:15-cv-10216 | MDL-D.Mass. | Beasley Allen Crow Methvin Portis & Miles, PC |
| LEE, Betty (Spillers et al) | LEE, Jessie | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| LEE, Betty | LEE, Jessie | 1:15-cv-11640 | MDL-D.Mass. | Cory Watson, PC |
| GREENIDGE, Shannon | LEE, Rosie | 15-03866 | Massachusetts State | Janet, Jenner & Suggs, LLC; Eisenberg Rothweiler Winkler Eisenberg & Jeck, PC |
| GREENIDGE, Shannon | LEE, Rosie | 1:14-cv-11660 | MDL-D.Mass. | Ingram & Associates, PLLC |
| LEONARD, Thurman Jr. (Spillers et al) | LEONARD, Thurman Sr. | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| LEONARD, Thurman Jr. | LEONARD, Thurman Sr. | 1:15-cv-11615 | MDL-D.Mass. | Cory Watson, PC |
| LEWIS, Darine (Spillers et al) | LEWIS, DeAntea | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| LEWIS, Darine | LEWIS, DeAntea | 1:15-cv-11622 | MDL-D.Mass. | Cory Watson, PC |
| MOUNGER, Sharon | LEWIS, Margaret | 15-03506 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| HALE, Phyllis L. et al. | LEWIS, Margaret | 1:15-cv-11218 | MDL-D.Mass. | The Miller Firm, LLC |
| LINTZ, Jeff | LINTZ, Norman | 15-01531 | Massachusetts | Kreindler & Kreindler LLP; |

| | | | State | The Driscoll Firm, PC |
|---|---|---|---|---|
| LINTZ, Jeff | LINTZ, Norman | 1:15-cv-12060 | MDL-D.Mass. | Gomez Trial Attorneys |
| LOWRY, Blessia | LOWRY, Johnny H. | 14-08889 | Massachusetts State | Janet, Jenner & Suggs, LLC; The Michael Brady Lynch Firm; Peiffer Rosa Wolf Abdullah Carr & Kane, LLC |
| LOWRY, Deborah | LOWRY, Johnny H. | 1:14-cv-10965 | MDL-D.Mass. | Gomez Trial Attorneys |
| GAVIN, Eve | LUMPKIN, Betty | 15-00310 | Massachusetts State | Kreindler & Kreindler LLP; The Driscoll Firm, PC |
| GAVIN, Eve | LUMPKIN, Betty | 1:15-cv-11349 | MDL-D.Mass. | Cory Watson, PC |
| WEBB, Lillie K. | MALLETT, Carolyn Nannette | 14-07096 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| WEBB, Lillie K. | MALLETT, Carolyn Nannette | 1:13-cv-10956 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| LEWIS, Sarah M. | MALONE, Retha | 1:14-cv-12138 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| RINGOLD, Dorothy | MALONE, Retha | 1:15-cv-11459 | MDL-D.Mass. | Hawkins Gibson, PLLC |
| SHERFIELD, Michael D. | MANGUM, Vivian | 13-02394 | Massachusetts State | Todd & Weld LLP; Karon and Dalimonte, LLP |
| SHERFIELD, Michael | MANGUM, Vivian | 15-01713 | Massachusetts State | Bubalo Goode Sales & Bliss PLC; Morgan & Morgan |
| SHERFIELD, Michael (Schultz et al) | MANGUM, Vivian | 1:15-cv-12760 | MDL-D.Mass. | Sill Law Group |
| MARSHALL, Brittany | MARSHALL, Lorenzo | 15-02377 | Massachusetts State | Kreindler & Kreindler LLP |
| MARSHALL, Brittany | MARSHALL, Lorenzo | 1:14-cv-13402 | MDL-D.Mass. | Kreindler & Kreindler LLP; The Driscoll Firm, PC |
| CALLAIS, Vencia | MARTIN, Mary | 1:14-cv-11639 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| MARTIN, Vencia | MARTIN, Mary | 1:14-cv-11390 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| COTTON, Gwendolyn (Spillers et al) | MCCAIN, Angelic | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| COTTON, Gwendolyn | MCCAIN, Angelic | 1:15-cv-11652 | MDL-D.Mass. | Cory Watson, PC |
| DAVIS, Ruby | MCCRAY, Johnny | 15-03421 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| DAVIS, Ruby | MCCRAY, Johnny | 1:13-cv-12881 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| MCDOUGAL, Kathy | MCDOUGAL, Kathryn | 15-03352 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| MCDOUGAL, Kathy | MCDOUGAL, Kathryn | 1:13-cv-12882 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |

| | | | | |
|---|---|---|---|---|
| MCELVEEN, Bobbie Jean (Spillers et al) | MCELVEEN, Mamie | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| MCELVEEN, Bobbie | MCELVEEN, Mamie | 1:15-cv-11659 | MDL-D.Mass. | Cory Watson, PC |
| CARTER, Minnie | MCGHEE, Susie | 15-03296 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| CARTER, Minnie | MCGHEE, Susie | 1:13-cv-12901 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| MARTIN, Melissa | MCGILL, Stephanie | 15-03294 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| MARTIN, Melissa | MCGILL, Stephanie | 1:13-cv-12953 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| MCINTYRE, Mary L. (Spillers et al) | MCINTYRE, Joseph | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| MCINTYRE, Mary L. | MCINTYRE, Joseph | 1:15-cv-11605 | MDL-D.Mass. | Cory Watson, PC |
| COURTLAND, Cortez | MCKINNEY, Luetanger | 1:14-cv-11130 | MDL-D.Mass. | Bartimus, Frickleton, Robertson, and Goza, PC |
| MCKINNEY, Joseph (Jenkins et al) | MCKINNEY, Luetanger | 1:15-cv-12613 | MDL-D.Mass. | Gancedo Law Firm, Inc.; Ball & Bonholtzer |
| MCKINNEY, Luetanger C. | MCKINNEY, Luetanger | 1:14-cv-10697 | MDL-D.Mass. | Mann & Potter, PC |
| CANNON, Ann | MCKINNIE, Claudine | 15-03270 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| CANNON, Ann | MCKINNIE, Claudine | 1:13-cv-12945 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| MCRAE, Janice | MCRAE, Jo Ann | 14-00290 | Massachusetts State | Janet, Jenner & Suggs, LLC; Cohen & Malad, LLP |
| MCRAE, Gary | MCRAE, Jo Ann | 1:14-cv-10414 | MDL-D.Mass. | Cory Watson Crowder & Degaris PC |
| MENDENHALL, Darrell | MENDENHALL, Darrell | 15-02467 | Massachusetts State | Kreindler & Kreindler LLP |
| MENDENHALL, Darrell | MENDENHALL, Darrell | 1:14-cv-11222 | MDL-D.Mass. | Bartimus, Frickleton, Robertson, and Goza, PC |
| MENDOZA, Robert (Spillers et al) | MENDOZA, Ernest | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| MENDOZA, Robert | MENDOZA, Ernest | 1:15-cv-11619 | MDL-D.Mass. | Cory Watson, PC |
| BAILEY, Rose | MIDDLETON, Willie | 15-03261 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BAILEY, Rose | MIDDLETON, | 1:13-cv-12954 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |

| | Willie | | | |
|---|---|---|---|---|
| SMITH, Kathy (Spillers et al) | MILLEDGE, Shirley | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| SMITH, Kathy | MILLEDGE, Shirley | 1:15-cv-11644 | MDL-D.Mass. | Cory Watson, PC |
| MILLER, James | MILLER, Deloris | 14-08681 | Massachusetts State | Kreindler & Kreindler LLP |
| FRITH, Esther | MILLER, Deloris | 1:13-cv-11721 | MDL-D.Mass. | Dowdy Cockerham & Watt |
| LEVY, Mavis | MINTER, Thomas Lee | 14-07940 | Massachusetts State | Janet, Jenner & Suggs, LLC; Wexler Wallace LLP |
| MINTER, Jermaine | MINTER, Thomas Lee | 1:14-cv-11920 | MDL-D.Mass. | Kreindler & Kreindler, LLP; Bachus & Schanker, LLC |
| LEON, Maria | MIRANDA, Maria | 15-00433 | Massachusetts State | Tara A. Fein LLC |
| LEON, Maria | MIRANDA, Maria | 1:14-cv-10822 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| MONTGOMERY, Melody | MONTGOMERY, James E. | 1:13-cv-12474 | MDL-D.Mass. | Dowdy Cockerham & Watt |
| MONTGOMERY, Melody | MONTGOMERY, James E. | 1:14-cv-10586 | MDL-D.Mass. | Ingram & Associates, PLLC |
| MORENO, Martin | MORENO, Martin | 14-06556 | Massachusetts State | Sheff Law Offices |
| MORENO, Martin (Faulkner et al) | MORENO, Martin | 1:14-cv-14462 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| MORRIS, Darrington | MORRIS, Jenny | 15-03493 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| MORRIS, Darrington | MORRIS, Jenny | 1:13-cv-12942 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| SPIVEY, Katharine | MORRIS, Virginia | 1:13-cv-11042 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| SPIVEY, Katherine (Pryor II et al) | MORRIS, Virginia | 1:15-cv-12560 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; The Gallagher Law Firm, LLP |
| MOSLEY, Geraldine | MOSLEY, Emmanuel | 14-04680 | Massachusetts State | The Branch Law Firm; Sheff Law Offices, PC |
| MOSLEY, Geraldine | MOSLEY, Emmanuel | 1:15-cv-10098 | MDL-D.Mass. | Branch Law Firm |
| MUNOZ, Ray (Spillers et al) | MUNOZ, Santiago Sr. | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| FAZ, Eva Munoz | MUNOZ, Santiago Sr. | 1:15-cv-11608 | MDL-D.Mass. | Cory Watson, PC |
| EARBY, Billy | MURFF, Earnesteen | 1:15-cv-10903 | MDL-D.Mass. | The Branch Law Firm |
| EICHELBERGER, Maxine | MURFF, Earnesteen | 1:15-cv-10625 | MDL-D.Mass. | The Whitehead Law Firm, LLC |

| | | | | |
|---|---|---|---|---|
| MURRAY, Rodriques | MURRAY, Earnest Retha | 14-03184 | Massachusetts State | Sanders Viener Grossman, LLP |
| HILL, Annie | MURRAY, Earnest Retha | 1:15-cv-10697 | MDL-D.Mass. | Hagens Berman Sobol Shapiro LLP |
| NICHOLS-GREEN, Donna | NICHOLS, Tommie Mae | 14-07095 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| NICHOLS-GREEN, Donna | NICHOLS, Tommie Mae | 1:13-cv-10917 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| NOLDEN, Lakenya | NOLDEN, Sylvia | 15-03442 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| NOLDEN, Lakenya | NOLDEN, Sylvia | 1:13-cv-12897 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| ORMAN, Judy | ORMAN, Arthur Samuel Sr. | 14-07094 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| ORMAN, Judy | ORMAN, Arthur Samuel Sr. | 1:13-cv-10896 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| BASTONE, Anna Maria (Pryor et al) | PALISI, Rosalia | 1422-CC00362 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; Baron & Budd, PC; The Driscoll Firm; Dowd & Dowd, PC |
| BASTONE, Anna Marie (Pryor II et al) | PALISI, Rosalia | 1:15-cv-12388 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; The Gallagher Law Firm, LLP |
| PARKER, Mica | PARKER, Craig | 14-04678 | Massachusetts State | The Branch Law Firm; Sheff Law Offices, PC |
| PARKER, Mica | PARKER, Craig | 1:15-cv-10103 | MDL-D.Mass. | Branch Law Firm |
| PARKER, Stanley K. | PARKER, Dexter Yarnell | 14-07093 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| PARKER, Stanley K. | PARKER, Dexter Yarnell | 1:13-cv-10900 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| JONES, Latonia | PATTON, Doris | 14-02334 | Massachusetts State | Sanders Viener Grossman, LLP |
| JONES, Latonia (Faulkner et al) | PATTON, Doris | 1:14-cv-14514 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| FERGUSON, Tonya Peyatte et al. | PEYATTE, Agnes | 14-07578 | Massachusetts State | Bailey & Glasser LLP; Stark & Stark PC; Joshua D. Wilson |
| PEYATTE, Madison M. Jr. et al. | PEYATTE, Agnes | 1:14-cv-11505 | MDL-D.Mass. | Bailey & Glasser, LLP; Wiggins, Childs, Quinn & Pantazis; Stark & Stark |
| RANDLE, Dorothy Meeks | RANDLE, Lester Dean | 14-07092 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| RANDLE, Dorothy Meeks | RANDLE, Lester Dean | 1:13-cv-10922 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| RANDOLPH, Alonzo | RANDOLPH, Lorraine | 1:14-cv-11649 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| RANDOLPH, | RANDOLPH, | 1:14-cv-11473 | MDL-D.Mass. | Law Offices of Scott A. Nelson |

| Alonzo | Lorraine | | | |
|---|---|---|---|---|
| RANKINS, Jennifer | RANKINS, Robert | 14-07091 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| RANKINS, Jennifer | RANKINS, Robert | 1:13-cv-11046 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| RILEY, Corrina | REDMON, Dorothy | 15-03381 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| RILEY, Corrina | REDMON, Dorothy | 1:13-cv-12931 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| REIN, Dave | REIN, Deborah | 1:14-cv-10630 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| REIN, Dave | REIN, Deborah | 1:14-cv-11640 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| RIVERA, Angel (Bluestein et al) | RIVERA, Angel | 1422-CC00859 | St. Louis | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; The Gallagher Law Firm, LLP |
| RIVERA, Angel | RIVERA, Angel | 1:13-cv-10615 | MDL-D.Mass. | Hagens Berman Sobol Shapiro LLP |
| ROBERSON, Victor (Spillers et al) | ROBERSON, Jeanette | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| ROBERSON, Victor | ROBERSON, Jeanette | 1:15-cv-11662 | MDL-D.Mass. | Cory Watson, PC |
| GARRETT, Jacqueline (Spillers et al) | ROBERTSON, Michael | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| GARRETT, Jacqueline | ROBERTSON, Michael | 1:15-cv-11639 | MDL-D.Mass. | Cory Watson, PC |
| BROOKS, Jimmy | ROBINSON, Birtha | 15-03580 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak LLP; Robert A. Malouf, Esq. |
| BROOKS, Jimmy | ROBINSON, Birtha | 1:13-cv-12957 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| JONES, Bonita | ROBINSON, Linda Louise | 1:14-cv-10632 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| ROBINSON, Johnny | ROBINSON, Linda Louise | 1:15-cv-10150 | MDL-D.Mass. | Branch Law Firm |
| WESLEY, Verba Lee | ROBINSON, Mattie | 14-01183 | Massachusetts State | Janet, Jenner & Suggs, LLC; Cohen & Malad, LLP |
| DAVIS, Loretta | ROBINSON, Mattie | 1:14-cv-11378 | MDL-D.Mass. | Hollis, Wright, Clay & Vail, PC |
| BOATWRIGHT, Lisa | ROBINSON, Zenobia | 14-07090 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| BOATWRIGHT, Lisa | ROBINSON, Zenobia | 1:13-cv-10921 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| ROGERS, Della | ROGERS, Bennie Lee | 15-03393 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |

| | | | | |
|---|---|---|---|---|
| ROGERS, Della Jean | ROGERS, Bennie Lee | 1:15-cv-10756 | MDL-D.Mass. | Precious Martin & Associates |
| GRINKO, John | RUSSO, Rita | 15-00600 | Massachusetts State | Janet, Jenner & Suggs, LLC; Matthews & Associates |
| GRINKO, John | RUSSO, Rita | 1:14-cv-11474 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| SAKAYAN, Elie | SAKAYAN, Josephine | 15-00110 | Massachusetts State | Sanders Viener Grossman, LLP |
| SAKAYAN, Elie et al. | SAKAYAN, Josephine | BC578462 | California | Khorrami, LLP |
| SAKAYAN, Elie | SAKAYAN, Josephine | 1:15-cv-10997 | MDL-D.Mass. | The Branch Law Firm |
| WRIGHT, Kenneth | SHAW, Betty | 15-04010 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| WRIGHT, Kenneth | SHAW, Betty | 1:13-cv-00212 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| JONES, Bertha (Spillers et al) | SHAW, Fannie Mae | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| JONES, Bertha | SHAW, Fannie Mae | 1:15-cv-11637 | MDL-D.Mass. | Cory Watson, PC |
| SHELBY, William | SHELBY, Curlie | 15-03287 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| SHELBY, William | SHELBY, Curlie | 3:13-cv-00678 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| CONLEY, Linda (Spillers et al) | SHELBY, Frank | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| CONLEY, Linda | SHELBY, Frank | 1:15-cv-11661 | MDL-D.Mass. | Cory Watson, PC |
| SHERMAN, Thelma | SHERMAN, Carl | 15-03288 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| SHERMAN, Thelma (Pryor II et al) | SHERMAN, Carl | 1:15-cv-12674 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC; The Gallagher Law Firm, LLP |
| GOINS, Glenda (Spillers et al) | SINGLETON, Michael | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| GOINS, Glenda | SINGLETON, Michael | 1:15-cv-10127 | MDL-D.Mass. | Cory Watson, PC |
| ROME, Gladys Smith (Spillers et al) | SMITH, Jason | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| ROME, Gladys Smith | SMITH, Jason | 1:15-cv-11654 | MDL-D.Mass. | Cory Watson, PC |
| SMITH, Minnie | SMITH, Mattie | 15-03353 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| SMITH, Minnie | SMITH, Mattie | 1:13-cv-12975 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |

| | | | | |
|---|---|---|---|---|
| CLEVELAND, Sheila (Spillers et al) | SMITH, Thelbert Jr. | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| CLEVELAND, Sheila | SMITH, Thelbert Jr. | 1:15-cv-11600 | MDL-D.Mass. | Cory Watson, PC |
| SPRUILL, Michael | SPRUILL, Harriett | 1:14-cv-11289 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| SPRUILL, Michael | SPRUILL, Harriett | 1:14-cv-11624 | MDL-D.Mass. | Law Offices of Scott A. Nelson |
| STEVENSON, Loharrel (Spillers et al) | STEVENSON, Mary Jane | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| STEVENSON, Loharrel | STEVENSON, Mary Jane | 1:15-cv-11599 | MDL-D.Mass. | Cory Watson, PC |
| STOCKDALE, Tiffany | STOCKDALE, Barbie Calhoun | 13-02441 | Massachusetts State | Janet, Jenner & Suggs, LLC; Cohen & Malad, LLP |
| STOCKDALE, Tiffany | STOCKDALE, Barbie Calhoun | 1:14-cv-14030 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| STOCKTON, James | STOCKTON, Beverly | 1:14-cv-11158 | MDL-D.Mass. | Redman and Payne; Thompson Barney Law Firm |
| STOCKTON, James | STOCKTON, Beverly | 1:14-cv-13394 | MDL-D.Mass. | Redman and Payne; Thompson Barney Law Firm |
| SULLIVAN, William Henry | SULLIVAN, Jo Ella | 14-07088 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| SULLIVAN, William Henry | SULLIVAN, Jo Ella | 1:13-cv-11041 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| TAYLOR, Annetta | TAYLOR, Annetta L. | 1:14-cv-11577 | MDL-D.Mass. | Lowe Law Group |
| TAYLOR, Annetta L. | TAYLOR, Annetta L. | 1:15-cv-12267 | MDL-D.Mass. | Janet, Jenner & Suggs, LLC; Cohen & Malad, LLP |
| THOMAS, Patricia | THOMAS, Lonnie | 15-03721 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| THOMAS, Patricia | THOMAS, Lonnie | 1:13-cv-12877 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| ELLIS, Mary | THOMAS, Sadie Lee | 14-07089 | Massachusetts State | Kelley Bernheim & Dolinsky, LLC; Law Offices of Scott A. Nelson |
| ELLIS, Mary | THOMAS, Sadie Lee | 1:13-cv-10919 | MDL-D.Mass. | Law Office of Scott A. Nelson |
| SMITH, Gloria | THOMPSON, Delma Faye | 15-04580 | Massachusetts State | The Penton Law Firm |
| THOMPSON, Larry | THOMPSON, Delma Faye | 1:14-cv-13198 | MDL-D.Mass. | Cory Watson, PC |
| THOMPSON, Larry | THOMPSON, Delma Faye | 1:15-cv-12241 | MDL-D.Mass. | Cory Watson, PC |
| THOMPSON, Debra | THOMPSON, Johnny | 1:14-cv-10891 | MDL-D.Mass. | Law Offices of Scott A. Nelson |

| | | | | |
|---|---|---|---|---|
| THOMPSON, Debra (Faulkner et al) | THOMPSON, Johnny | 1:14-cv-14478 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| TINNER, Tyonda | TINNER, Ruthie | 15-03726 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| TINNER, Tyonda | TINNER, Ruthie | 1:13-cv-12891 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| TOLIVER, Burel | TOLIVER, Bernice | 15-03732 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| FARMER, Herbert | TOLIVER, Bernice | 1:14-cv-13537 | MDL-D.Mass. | Cory Watson Crowder & Degaris, PC |
| TOY-EVANS, Yuelander | TOY, Jones | 15-02677 | Massachusetts State | Kreindler & Kreindler LLP; Baron & Budd, PC |
| IVORY, Shavonya | TOY, Jones | 1:15-cv-10626 | MDL-D.Mass. | The Whitehead Law Firm, LLC |
| MZRAKYAN, Arpik | VARTANYAN, Sarkis | 15-01533 | Massachusetts State | Kreindler & Kreindler LLP; The Driscoll Firm, PC |
| MZRAKYAN, Arpik | VARTANYAN, Sarkis | 1:15-cv-12205 | MDL-D.Mass. | Gomez Trial Attorneys |
| MZRAKYAN, Arpik (Ajaryan et al) | VARTANYAN, Sarkis | 1:14-cv-13338 | MDL-D.Mass. | Khorrami Boucher Sumner Sanguinetti LLP; Daglian Law Group; Kiesel Law LLP |
| VAUGHN, Vanessa (Agnew et al) | VAUGHN, Vanessa | 1322-CC-09480-01 | St. Louis | Gori Julian & Associates, PC; James C. Ferrell, PC; Holland, Groves, Schneller & Stolze, LLC; Branch Law Firm |
| VAUGHN, Vanessa (Faulkner et al) | VAUGHN, Vanessa | 1:14-cv-14465 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| VIRGIN, Amanda | VIRGIN, Cherry | 15-03738 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| VIRGIN, Amanda | VIRGIN, Cherry | 1:13-cv-12888 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| WALKER, Samuella (Spillers et al) | WATERS, Lucy | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |
| WALKER, Samuella | WATERS, Lucy | 1:15-cv-11603 | MDL-D.Mass. | Cory Watson, PC |
| BERRY, Tyawanda | WATKINS, Willie Mae | 15-00523 | Massachusetts State | Tara A. Fein LLC |
| WATKINS, Fred Jr. | WATKINS, Willie Mae | 1:13-cv-12456 | MDL-D.Mass. | Dowdy Cockerham & Watt |
| WATSON, Dorothy (Spillers et al) | WATSON, James Henry | 1322-CC-09797-01 | St. Louis | Goldenberg Heller Antognoli & Rowland, PC |

| | | | | |
|---|---|---|---|---|
| WATSON, Dorothy | WATSON, James Henry | 1:15-cv-11664 | MDL-D.Mass. | Cory Watson, PC |
| JAMES, Daphne | WEBBER, Sterling Jr. | 15-03490 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| JAMES, Daphne | WEBBER, Sterling Jr. | 1:13-cv-12865 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| WHITE, Johnnie | WHITE, Arthur B. | 15-03974 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| WHITE, Johnnie Odessa | WHITE, Arthur B. | 1:13-cv-10898 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP; Greer, Russell, Dent & Leathers, PLLC; Hopson Law Firm, PLLC |
| WHITEHEAD, Will | WHITEHEAD, Shirley Hughes | 14-03663 | Massachusetts State | Sugarman Rogers Barshak & Cohen, PC; Chandler Mathis & Zivley, PC; The Gallagher Law Firm; The Boyd Smith Law Firm, PLLC; Heavens Law Firm, PLLC |
| WHITEHEAD, Will III (Drake et al) | WHITEHEAD, Shirley Hughes | 1:15-cv-12486 | MDL-D.Mass. | Gancedo Law Firm, Inc.; Ball & Bonholtzer |
| TEARSON, Marcella | WILLIAMS, Alex | 15-03719 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |
| TEARSON, Marcella | WILLIAMS, Alex | 1:13-cv-12938 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| WILLIAMS, Jesse N. | WILLIAMS, Jesse N. | 15-03829 | Massachusetts State | Kreindler & Kreindler LLP; Gomez Trial Attorneys |
| WILLIAMS, Jesse N. et al. | WILLIAMS, Jesse N. | 1:14-cv-10987 | MDL-D.Mass. | Gomez Trial Attorneys |
| WILMER, Christina | WILMER, Christina | 14-05413 | Massachusetts State | The Branch Law Firm; Sheff Law Offices, PC |
| WILMER, Christina | WILMER, Christina | 1:13-cv-12317 | MDL-D.Mass. | Wiggins, Childs, Quinn & Pantazis; Lee Tran & Liang APLC |
| HUGHES, Clementene (Yassin et al) | WILSON, Ozell | 1:15-cv-12399 | MDL-D.Mass. | Phillips Law Firm; Sizemore Law Firm, PLC |
| HUGHES, Clementene | WILSON, Ozell | 14-03156 | Massachusetts State | Sanders Viener Grossman, LLP |
| WINSTON, James (Agnew et al) | WINSTON, James | 1322-CC-09480-01 | St. Louis | Gori Julian & Associates, PC; James C. Ferrell, PC; Holland, Groves, Schneller & Stolze, LLC; Branch Law Firm |
| WINSTON, James (Faulkner et al) | WINSTON, James | 1:14-cv-14560 | MDL-D.Mass. | Gori Julian & Associates, PC; James Ferrell PC; Holland, Groves, Schneller & Stolze, LLC |
| LOVETT, Virgil | WOODARD-LOVETT, Geneva | 1:15-cv-10765 | MDL-D.Mass. | Hagens Berman Sobol Shapiro LLP |
| WOODARD, | WOODARD- | BC545925 | California | Girardi Keese |

| Julinea (Amalyan et al) | LOVETT, Geneva | | | |
|---|---|---|---|---|
| YATES, Anthony | YATES, Anthony | 1:15-cv-11327 | MDL-D.Mass. | Ingram & Associates, PLLC |
| YATES, Vera | YATES, Anthony | 1:15-cv-13104 | MDL-D.Mass. | Ingram & Associates, PLLC |
| YOUNG, Clinton | YOUNG, Connie | 1:13-cv-12943 | MDL-D.Mass. | Smith, Phillips, Mitchell, Scott & Nowak, LLP |
| YOUNG, Clinton | YOUNG, Connie | 15-04013 | Massachusetts State | Kreindler & Kreindler LLP; Smith, Phillips, Mitchell, Scott & Nowak, LLP; Robert A. Malouf, Esq. |