# Exhibit A

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 1 | ALFORD, Latara | 1:13-cv-10060 |
| 2 | HARRIS, Richard | 1:13-cv-10600 |
| 3 | BURGESS, Michelle | 1:13-cv-10705 |
| 4 | BERZAS, Allan et al. | 1:13-cv-10843 |
| 5 | POLK, Gloria | 1:13-cv-10858 |
| 6 | LEARY, Tanzella | 1:13-cv-10865 |
| 7 | JACKSON, Anna Harvey | 1:13-cv-10924 |
| 8 | BUMPERS, Wilhelmina | 1:13-cv-10930 |
| 9 | HARRIS, Allen | 1:13-cv-10961 |
| 10 | HOLDER, Rosemary | 1:13-cv-11038 |
| 11 | MITCHELL, Rodney et al. | 1:13-cv-11144; 1:14-cv-11347 |
| 12 | JOHNSON, Dorothy | 1:13-cv-11231 |
| 13 | MARTIN, Robert | 1:13-cv-11384 |
| 14 | MCCRAINEY, Robert II | 1:13-cv-11675 |
| 15 | HAMPTON, Monica Baker | 1:13-cv-11715 |
| 16 | HODGES, Bobbie Lowery | 1:13-cv-11716 |
| 17 | HAMMOND, Jayne | 1:13-cv-11718 |
| 18 | KIRKLAND, Claude | 1:13-cv-11719 |
| 19 | ADAMS, Brian | 1:13-cv-11720 |
| 20 | DENNISON, Laine (state) | 1:13-cv-11996 |
| 21 | MCDOWELL, Linda | 1:13-cv-12096 |
| 22 | GUFFIN, Altmeta | 1:13-cv-12191 |
| 23 | WEAVER, Jeramiah | 1:13-cv-12307 |
| 24 | EVANS, Katrina Griffith | 1:13-cv-12357 |
| 25 | BELL, Henry | 1:13-cv-12358 |
| 26 | JACKSON, Samantha Franklin | 1:13-cv-12358 |
| 27 | HAMILTON, Clementine | 1:13-cv-12360 |
| 28 | DANIEL, Thyra and Louise | 1:13-cv-12377 |
| 29 | GAYDEN, Jennifer | 1:13-cv-12385 |
| 30 | STEWART, Zelma | 1:13-cv-12386 |
| 31 | MATTHEWS, Willie | 1:13-cv-12387 |
| 32 | ERVIN, Ettie Fay | 1:13-cv-12394 |
| 33 | BACOT, Rebecca | 1:13-cv-12396 |
| 34 | SPARKMAN, Mary | 1:13-cv-12402 |
| 35 | STALLING, Zelda | 1:13-cv-12441 |
| 36 | GRIFFIN, Ernestine | 1:13-cv-12442 |
| 37 | ISAAC, Lahoma | 1:13-cv-12443 |
| 38 | JAGERS, Mary | 1:13-cv-12444 |
| 39 | DAVIS, Ellis | 1:13-cv-12445 |
| 40 | JONES, Jessica | 1:13-cv-12447 |
| 41 | DANIELS, Brandon | 1:13-cv-12448 |
| 42 | DRAKE, Laura | 1:13-cv-12449 |
| 43 | CEASER, Lillian King | 1:13-cv-12450 |
| 44 | MONTGOMERY, Vergia | 1:13-cv-12451 |
| 45 | MURPHY, Jannie | 1:13-cv-12452 |
| 46 | PATTERSON, Patricia Good | 1:13-cv-12453 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 47 | STARKS, Marcus | 1:13-cv-12454 |
| 48 | SANDERS, Pearley | 1:13-cv-12455 |
| 49 | WATKINS, Fred Jr. | 1:13-cv-12456 |
| 50 | CAGE, Christine | 1:13-cv-12457 |
| 51 | BROWN, Constance Faulkner | 1:13-cv-12458 |
| 52 | CRUSHFIELD, Dorothy | 1:13-cv-12461 |
| 53 | DAWSON, Eva | 1:13-cv-12462 |
| 54 | DAVIS, Ida 2 | 1:13-cv-12463 |
| 55 | DAVIS, Ida | 1:13-cv-12464 |
| 56 | DENNIS, Kathy | 1:13-cv-12465 |
| 57 | DUNBAR, Linda Ann | 1:13-cv-12466 |
| 58 | GREEN-HARRELL, Cassandra | 1:13-cv-12468 |
| 59 | HARDEN, Lenora | 1:13-cv-12469 |
| 60 | MINOR, Lela | 1:13-cv-12470 |
| 61 | GROVER, Tashia Jarvis | 1:13-cv-12471 |
| 62 | MILES, Alisa | 1:13-cv-12476 |
| 63 | RUSS, Vaunsia | 1:13-cv-12481 |
| 64 | NOBLES, Latoya | 1:13-cv-12482 |
| 65 | SMITH, Sarah | 1:13-cv-12483 |
| 66 | STINE, Edna | 1:13-cv-12484 |
| 67 | SHAVER, Daisy | 1:13-cv-12921 |
| 68 | JONES, William | 1:13-cv-13136 |
| 69 | HONER HALL, Cynthia | 1:13-cv-13157 |
| 70 | DONNELL, Michelle | 1:13-cv-13175 |
| 71 | WYNN, Helen Marie | 1:13-cv-13191 |
| 72 | HAZEN, Joyce | 1:13-cv-13238 |
| 73 | LUDINGTON, Kelly C. | 1:13-md-02428 |
| 74 | GIBBONS, Jerry | 1:14-cv-10085 |
| 75 | LANZ, Jessie | 1:14-cv-10144 |
| 76 | LAWSON, Janice | 1:14-cv-10173 |
| 77 | JONES, Jacqueline | 1:14-cv-10174 |
| 78 | DOCKERY, Willie Roy | 1:14-cv-10176 |
| 79 | BYNUM, Arthur | 1:14-cv-10216 |
| 80 | HALE, Patricia | 1:14-cv-10235 |
| 81 | MAJORS, Timothy Jr. | 1:14-cv-10526 |
| 82 | MAJORS, Thomas | 1:14-cv-10684 |
| 83 | ANDERSON, Beverly | 1:14-cv-10735 |
| 84 | SALTER, Curtis | 1:14-cv-10749 |
| 85 | ROBINS, Torrance | 1:14-cv-10805 |
| 86 | BROWN, Bingle | 1:14-cv-10838 |
| 87 | HOLDEN, Frank | 1:14-cv-10844 |
| 88 | ENDSLEY, Paul E. | 1:14-cv-10886 |
| 89 | WILLIAMS, Carolyn | 1:14-cv-10899 |
| 90 | LEWIS, Helarena | 1:14-cv-10941 |
| 91 | ALLEN, Kendritha | 1:14-cv-10970 |
| 92 | ROBINSON, Bernadette | 1:14-cv-11003 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 93 | POLITI, Beth | 1:14-cv-11093 |
| 94 | DIAL, Florella | 1:14-cv-11101 |
| 95 | WALKER, Marcus | 1:14-cv-11117 |
| 96 | DILLARD, David | 1:14-cv-11159 |
| 97 | JOHNSON, Myrle | 1:14-cv-11161 |
| 98 | PINO, Kolosifilo | 1:14-cv-11185 |
| 99 | EVANS, Chandra | 1:14-cv-11198 |
| 100 | TAYLOR, Yolanda | 1:14-cv-11199 |
| 101 | KING, Hartford | 1:14-cv-11209 |
| 102 | MCLEOD, Bertha | 1:14-cv-11242 |
| 103 | MOORE-BRANDON, Heather | 1:14-cv-11261 |
| 104 | OROZCO, Arthur | 1:14-cv-11317 |
| 105 | OLIVIERI, Patricia | 1:14-cv-11319 |
| 106 | THOMPSON, Judith | 1:14-cv-11330 |
| 107 | FRENCH, Lynne | 1:14-cv-11337 |
| 108 | BALLENGER, William A. | 1:14-cv-11351 |
| 109 | WILLIAMS, Charlotte | 1:14-cv-11427 |
| 110 | GONZALEZ, Eva | 1:14-cv-11439 |
| 111 | LITTRELL, Nancy et al. | 1:14-cv-11484 |
| 112 | JOHNSON, Archie | 1:14-cv-11511 |
| 113 | KIZE, Mary | 1:14-cv-11521 |
| 114 | WILEY, Jessie James | 1:14-cv-11524 |
| 115 | JACKSON, Yvonne | 1:14-cv-11528 |
| 116 | RUDISON, Betty | 1:14-cv-11531 |
| 117 | LAWRENCE, Jennie | 1:14-cv-11535 |
| 118 | MILES, Natalie | 1:14-cv-11539 |
| 119 | CLARK, Brenda | 1:14-cv-11541 |
| 120 | CLARK, Tinnie | 1:14-cv-11544 |
| 121 | WILLIAMS, Desiree | 1:14-cv-11546 |
| 122 | FONTENOT, Sharon | 1:14-cv-11553 |
| 123 | GORDON, Rodrick | 1:14-cv-11558 |
| 124 | WILLIAMS, Marylon | 1:14-cv-11563 |
| 125 | RICHARDSON, Bryan | 1:14-cv-11568 |
| 126 | ESPUDO, Ernest | 1:14-cv-11573 |
| 127 | WATSON, Donald | 1:14-cv-11574 |
| 128 | PROMISE, Shelia | 1:14-cv-11576 |
| 129 | TAYLOR, Annetta | 1:14-cv-11577 |
| 130 | HAYNES, Carolyn | 1:14-cv-11578 |
| 131 | RANDALL, Curtis | 1:14-cv-11579 |
| 132 | GWINN, Isaac | 1:14-cv-11598 |
| 133 | SILVAS, Lisa | 1:14-cv-11670 |
| 134 | FREEDMAN, Forrest | 1:14-cv-11808 |
| 135 | HUNTER, Edgar | 1:14-cv-11919 |
| 136 | SANFORD, John | 1:14-cv-11922 |
| 137 | COBY, James E. IV | 1:14-cv-11965 |
| 138 | CAMPBELL, L.C. | 1:14-cv-12015 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 139 | PUCKETT, Peggy | 1:14-cv-12120 |
| 140 | EPHRAIM, Beverly | 1:14-cv-12336 |
| 141 | DOORENBOS, Debra | 1:14-cv-12498 |
| 142 | WATERSTREET, Alan | 1:14-cv-12576 |
| 143 | GOOCH, Ruby (Abed et al) | 1:14-cv-12578 |
| 144 | THOMPSON, Jean B. (Abed et al) | 1:14-cv-12578 |
| 145 | LORENZ, David | 1:14-cv-12600 |
| 146 | ROBINSON, Felicia | 1:14-cv-12630 |
| 147 | HANSBERRY, Beverly | 1:14-cv-12871 |
| 148 | FAULKNER, Charity et al. | 1:14-cv-13270 |
| 149 | AJARYAN, Anait et al | 1:14-cv-13338 |
| 150 | BEBEDJIAN, Nvard (Ajaryan et al) | 1:14-cv-13338 |
| 151 | BERBERIAN, Abraham (Ajaryan et al) | 1:14-cv-13338 |
| 152 | PETIKYAN, Susana (Ajaryan et al) | 1:14-cv-13338 |
| 153 | COLLIER, Bettie B. | 1:14-cv-13492 |
| 154 | TEAGUE, Nita | 1:14-cv-13592 |
| 155 | LAWRENCE, H. Van Z. | 1:14-cv-13840 |
| 156 | BEAM, Amanda | 1:14-cv-13880 |
| 157 | CREWS, Sarah | 1:14-cv-14053 |
| 158 | PITTOCK, Jerry | 1:14-cv-14070 |
| 159 | BENEFIELD, Anthony M. | 1:14-cv-14222 |
| 160 | BENSON, Michelle | 1:14-cv-14230 |
| 161 | NELSON, Angelita | 1:14-cv-14238 |
| 162 | SMITH, Rena | 1:14-cv-14281 |
| 163 | HEARN, Lola Marie | 1:14-cv-14404 |
| 164 | MOORE, Vanessa H. | 1:14-cv-14425 |
| 165 | JOHNSON, Elva (Faulkner et al) | 1:14-cv-14473 |
| 166 | TUNSTALL, Janet (Taylor et al) | 1:14-cv-14491 |
| 167 | COGHILL, Jeffery (Taylor et al) | 1:14-cv-14655 |
| 168 | BROWN, Stacey R. | 1:14-cv-14720 |
| 169 | BANKHEAD, George | 1:14-cv-14738 |
| 170 | WILLIAMS, Bruce | 1:14-cv-14753 |
| 171 | WASHINGTON, Regina 2 | 1:15-cv-10060 |
| 172 | PARKER, Mica 2 | 1:15-cv-10103 |
| 173 | WARD, Kenneth L. | 1:15-cv-10202 |
| 174 | CANTOR, William | 1:15-cv-10239 |
| 175 | MCDONALD, Trudy | 1:15-cv-10259 |
| 176 | BAILEY, Claudette | 1:15-cv-10409 |
| 177 | WARE, Celia D. | 1:15-cv-10491 |
| 178 | EPPS, Jake | 1:15-cv-10520 |
| 179 | FAVORS, Quincy | 1:15-cv-10528 |
| 180 | DODGE, Mary | 1:15-cv-10546 |
| 181 | GRECO, Nella | 1:15-cv-10559 |
| 182 | HARDWICK, Mindy | 1:15-cv-10565 |
| 183 | STEWART, Margaret | 1:15-cv-10568 |
| 184 | HOGG, Barbara | 1:15-cv-10578 |

| No. | Plaintiff | MDL case No. |
|-----|-----------|--------------|
| 185 | CLEMENTS-TOBIAS, Laura | 1:15-cv-10641 |
| 186 | JOHNSON, Gloria | 1:15-cv-10677 |
| 187 | MAPALO, Erma L. | 1:15-cv-10772 |
| 188 | MAPP, Flora | 1:15-cv-10825 |
| 189 | MABON, Pamela | 1:15-cv-10828 |
| 190 | MATTA, Margaret | 1:15-cv-10847 |
| 191 | PETERS, Billy Tom | 1:15-cv-10939 |
| 192 | PAYTON, Thomas | 1:15-cv-10956 |
| 193 | THORNTON, Donald | 1:15-cv-11035 |
| 194 | SEXTON, Alvin | 1:15-cv-11075 |
| 195 | SANDERS, Barbara | 1:15-cv-11101 |
| 196 | RUCKER, Mandie | 1:15-cv-11102 |
| 197 | PHILLIPS, Roger | 1:15-cv-11141 |
| 198 | WOODS, James et al. | 1:15-cv-11150 |
| 199 | TERGIS, Linda | 1:15-cv-11182 |
| 200 | CODY, Patricia | 1:15-cv-11184 |
| 201 | ROARK, Shardale | 1:15-cv-11217 |
| 202 | QUINN, Cleveland Jr. | 1:15-cv-11237 |
| 203 | LEWIS, Melissa | 1:15-cv-11263 |
| 204 | ROY, David | 1:15-cv-11269 |
| 205 | STEINKIRCHNER, Brian | 1:15-cv-11301 |
| 206 | HARRINGTON, Dave | 1:15-cv-11306 |
| 207 | ROLLINS, Inez 2 | 1:15-cv-11318 |
| 208 | WIEZOREK, Eric 2 | 1:15-cv-11368 |
| 209 | COX, Cindy 2 | 1:15-cv-11370 |
| 210 | JOHNSON, Gloria 2 | 1:15-cv-11371 |
| 211 | BLECH, Randolf | 1:15-cv-11396 |
| 212 | GENTILE, John 2 | 1:15-cv-11400 |
| 213 | MARTIN, George 2 | 1:15-cv-11411 |
| 214 | JOELO, Margit 2 | 1:15-cv-11420 |
| 215 | TATE, Troy D. | 1:15-cv-11422 |
| 216 | BUTLER, Alicia | 1:15-cv-11449 |
| 217 | HARMON, Florence | 1:15-cv-11463 |
| 218 | HARRIS, Cecilia et al. | 1:15-cv-11923 |
| 219 | DEMMING, Lisa | 1:15-cv-11937 |
| 220 | CRUZ, DeCarla A. | 1:15-cv-11989 |
| 221 | DOVE, Edra | 1:15-cv-11994 |
| 222 | CAMPBELL, Vanessa 2 | 1:15-cv-11999 |
| 223 | ZAREM, Robert | 1:15-cv-12006 |
| 224 | JONES, Zinata 2 | 1:15-cv-12011 |
| 225 | HOCKSTAD, Linda | 1:15-cv-12013 |
| 226 | WILSON, Kurt | 1:15-cv-12024 |
| 227 | WALTON, Janie | 1:15-cv-12031 |
| 228 | AYSON, George | 1:15-cv-12038 |
| 229 | CLARE, Blanka | 1:15-cv-12046 |
| 230 | ALEXANDER, Annette | 1:15-cv-12080 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 231 | BARNETT, Michael | 1:15-cv-12090 |
| 232 | SHAVER, Daisy 2 | 1:15-cv-12097 |
| 233 | BARBOSA, Jonene | 1:15-cv-12106 |
| 234 | ANDREWS, Odessa | 1:15-cv-12117 |
| 235 | WAGNER, Mary E. | 1:15-cv-12154 |
| 236 | VAZQUEZ, Victor | 1:15-cv-12273 |
| 237 | BUMPERS, Wilhelmina 2 | 1:15-cv-12282 |
| 238 | CALLENS, Adam (Bodnar et al) | 1:15-cv-12368 |
| 239 | CARR, Christopher (Bodnar et al) | 1:15-cv-12375 |
| 240 | BROADNAX, Jermaine (Bodnar et al) | 1:15-cv-12390 |
| 241 | BROWN, Joel (Bodnar et al) | 1:15-cv-12394 |
| 242 | BOSKO, Ella (Bodnar et al) | 1:15-cv-12405 |
| 243 | BOONE, Kevin Sr. (Bodnar et al) | 1:15-cv-12409 |
| 244 | TRIPLET, James (Burris et al) | 1:15-cv-12410 |
| 245 | WOOTEN, Annetta (Cook C. et al) | 1:15-cv-12411 |
| 246 | BROWN, Michael (Bodnar et al) | 1:15-cv-12424 |
| 247 | BAEZ, Enid (Bodnar et al) | 1:15-cv-12433 |
| 248 | CARRANZA, Sara (Bodnar et al) | 1:15-cv-12435 |
| 249 | BURRIS, Wyllia (Bodnar et al) | 1:15-cv-12444 |
| 250 | YOKUM, Lorena (Cook C. et al) | 1:15-cv-12477 |
| 251 | GRIGGS, Freda (Hawk et al) | 1:15-cv-12492 |
| 252 | HARRISON, Shemmell (Hawk et al) | 1:15-cv-12509 |
| 253 | CRAWFORD, John (Cook P. et al) | 1:15-cv-12517 |
| 254 | EZEAGWULA-TURNER, Sonja (Cook P. et al) | 1:15-cv-12541 |
| 255 | CRUZ, Ullysis (Cook P. et al) | 1:15-cv-12544 |
| 256 | SPIVEY, Katherine (Pryor II et al) | 1:15-cv-12560 |
| 257 | BALDWIN, Gloria (Bodnar et al) | 1:15-cv-12579 |
| 258 | HINTON, Parisha (Pryor II et al) | 1:15-cv-12592 |
| 259 | RIGSBY, Everett (Nicholson et al) | 1:15-cv-12619 |
| 260 | JORDAN, Tiffany (Hawk et al) | 1:15-cv-12620 |
| 261 | COLEMAN, Ezekeil (Cook P. et al) | 1:15-cv-12624 |
| 262 | SCOTT, Gerland (Schultz et al) | 1:15-cv-12627 |
| 263 | MERMIS, James (Laskowski et al) | 1:15-cv-12632 |
| 264 | SANGSTER, Renita (Schultz et al) | 1:15-cv-12648 |
| 265 | MONTGOMERY, William (Laskowski et al) | 1:15-cv-12660 |
| 266 | CLOS, Melody (Cook P. et al) | 1:15-cv-12684 |
| 267 | OLUSEGUN, Christopher (Nicholson et al) | 1:15-cv-12695 |
| 268 | SWANIGAN, Clarence (Schultz et al) | 1:15-cv-12696 |
| 269 | PORTER, Jorge (Nicholson et al) | 1:15-cv-12710 |
| 270 | GOFF, Shanterra (Cook P. et al) | 1:15-cv-12722 |
| 271 | QUICK, Shirley (Nicholson et al) | 1:15-cv-12734 |
| 272 | COOK, Stephanie (Cook P. et al) | 1:15-cv-12736 |
| 273 | BROWN, Susan (Cook P. et al) | 1:15-cv-12737 |
| 274 | RUBIN, Charlotte (Schultz et al) | 1:15-cv-12746 |
| 275 | SMITH, Costella (Schultz et al) | 1:15-cv-12747 |
| 276 | AGUIRRE, Gilbert (Bodnar et al) | 1:15-cv-12778 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 277 | ROSEGRANT, Edward | 1:15-cv-12782 |
| 278 | BROWN, Lashone (Clements et al) | 1:15-cv-12816 |
| 279 | PEOPLES, Donald | 1:15-cv-12837 |
| 280 | PEOPLES, Donald 2 | 1:15-cv-12838 |
| 281 | HARVE, Michael Jr. | 1:15-cv-12842 |
| 282 | SIMS, Doris | 1:15-cv-13116 |
| 283 | CUTLER, Carol | 1:15-cv-13231 |
| 284 | MCCONICO, Jacques | 1:15-cv-13603 |
| 285 | SIMS, Janice | 1:15-cv-13605 |
| 286 | BASS, Meshia | 1:15-cv-13627 |
| 287 | RUIZ, Becky | 1:15-cv-14030 |
| 288 | DIVINAGRACIA, Clemente J. | 1:15-cv-14050 |
| 289 | STOVALL, Ruth | 1:16-cv-10216 |
| 290 | BARD, Patricia | 1:16-cv-10361 |
| 291 | BALDWIN, Ronald et al. | 1:16-cv-10585 |
| 292 | MEDLEY, Todd (Baldwin et al) | 1:16-cv-11229 |
| 293 | DEAN, James | 4:15-cv-40060 |