# Exhibit B

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 1 | BORDEAUX, Carol Francine | 1:13-cv-10852 |
| 2 | STRICKLIN, Carlon and Linnie | 1:13-cv-10868 |
| 3 | CARTER, Melton | 1:13-cv-10913 |
| 4 | EARVIN, Velma Jean | 1:13-cv-10915 |
| 5 | ELLIS, Mary | 1:13-cv-10919 |
| 6 | DICKEY, John Earl | 1:13-cv-10967 |
| 7 | BROOKS, Virginia | 1:13-cv-11397 |
| 8 | WALKER, Angelia F. | 1:13-cv-12149 |
| 9 | WASHINGTON, Terri | 1:13-cv-12437 |
| 10 | ELLIOTT, Angelenia | 1:13-cv-12611 |
| 11 | REED, Sandra | 1:13-cv-12788 |
| 12 | JONES, Valrie | 1:13-cv-13075 |
| 13 | SUPREE, Rebecca | 1:14-cv-10036 |
| 14 | GIBBS, Gary (Rodriguez M. et al) | 1:14-cv-10413 |
| 15 | RANDALL, Sharon | 1:14-cv-10553 |
| 16 | GARNER, Charlotte | 1:14-cv-10556 |
| 17 | DUNKERSON, Casey Jr. | 1:14-cv-10560 |
| 18 | MULLINS, Joanne | 1:14-cv-10563 |
| 19 | FOSTER, Curtis | 1:14-cv-10566 |
| 20 | ANDERSON, Linda | 1:14-cv-10607 |
| 21 | MILBURN, Hazel | 1:14-cv-10609 |
| 22 | PETERSON, KImberly | 1:14-cv-10624 |
| 23 | JOHNSON, Dorothy 2 | 1:14-cv-10625 |
| 24 | RANGE, James II | 1:14-cv-10627 |
| 25 | JONES, Bonita | 1:14-cv-10632 |
| 26 | SARGENT, David Jr. | 1:14-cv-10637 |
| 27 | SMITH, Eugene | 1:14-cv-10639 |
| 28 | WEBB, Sheila | 1:14-cv-10643 |
| 29 | MANN, Cynthia | 1:14-cv-10728 |
| 30 | HARDY, Taira | 1:14-cv-10772 |
| 31 | HYPOLITE, Deborah | 1:14-cv-10778 |
| 32 | SUMMERVILLE, Latrese | 1:14-cv-10868 |
| 33 | SHARERS, April | 1:14-cv-10880 |
| 34 | LATIMER, Veronica | 1:14-cv-10940 |
| 35 | SENIOR, Nicardo | 1:14-cv-10966 |
| 36 | RODGERS, Nicholas | 1:14-cv-10967 |
| 37 | LATHAM, Romero | 1:14-cv-11013 |
| 38 | FLOWERS, Michael | 1:14-cv-11016 |
| 39 | WOODHAM, Brenda | 1:14-cv-11027 |
| 40 | SUAREZ, Armando | 1:14-cv-11058 |
| 41 | PERKINS, Twanda | 1:14-cv-11071 |
| 42 | PHILLIPS, Jeremy | 1:14-cv-11076 |
| 43 | LAWSON, Lavell | 1:14-cv-11096 |
| 44 | JENKINS, Barbara | 1:14-cv-11098 |
| 45 | CANTU, Guadalupe et al. | 1:14-cv-11100 |
| 46 | WELLS, Harry II | 1:14-cv-11103 |

| No. | Plaintiff | MDL case No. |
| --- | --- | --- |
| 47 | COHN, Cristina | 1:14-cv-11105 |
| 48 | BROWN, Robert | 1:14-cv-11115 |
| 49 | FUNK, Jennifer | 1:14-cv-11128 |
| 50 | WILSON, Ronald | 1:14-cv-11145 |
| 51 | GILMORE, Fred | 1:14-cv-11147 |
| 52 | REID, DarRanetta | 1:14-cv-11149 |
| 53 | PETREE, Shirley | 1:14-cv-11151 |
| 54 | MCINTOSH, Mary | 1:14-cv-11169 |
| 55 | PETERSON, Michael A. | 1:14-cv-11183 |
| 56 | PORTER, Lydia | 1:14-cv-11216 |
| 57 | HUTCHINS, Samantha | 1:14-cv-11220 |
| 58 | WILLIAMS, Cheriese et al. | 1:14-cv-11221 |
| 59 | DAVIS, Shalesa | 1:14-cv-11230 |
| 60 | HIGGINS, Rossana | 1:14-cv-11233 |
| 61 | JOHNSON, Malcolm T. et al. | 1:14-cv-11245 |
| 62 | SHAW, Richard et al. | 1:14-cv-11259 |
| 63 | OWENS, Kathy | 1:14-cv-11276 |
| 64 | LOGAN, Renna | 1:14-cv-11277 |
| 65 | JENKINS, Roslie | 1:14-cv-11283 |
| 66 | MILLER, Elizabeth | 1:14-cv-11308 |
| 67 | RUBIO, Martha A. | 1:14-cv-11323 |
| 68 | RAULLERSON, Kimberly | 1:14-cv-11329 |
| 69 | MARTIN, Vencia | 1:14-cv-11390 |
| 70 | DALTON, Deborah | 1:14-cv-11392 |
| 71 | DUGAS, Irvin and Myrna | 1:14-cv-11403 |
| 72 | LUCY, Arquanette | 1:14-cv-11411 |
| 73 | YOUNG, Lillian | 1:14-cv-11414 |
| 74 | ANNIKIE, Gloria | 1:14-cv-11431 |
| 75 | KILLEBREW, Tiffany | 1:14-cv-11440 |
| 76 | BRADFIELD, Janie M. | 1:14-cv-11447 |
| 77 | GARCIA, Raul and Priscilla | 1:14-cv-11457 |
| 78 | PRICE, Gersonda | 1:14-cv-11462 |
| 79 | RANDOLPH, Alonzo 2 | 1:14-cv-11473 |
| 80 | DAVIS, Rosemary | 1:14-cv-11490 |
| 81 | ANDERSON-HOQUE, Tanya | 1:14-cv-11492 |
| 82 | WATKINS, Lakeshia | 1:14-cv-11509 |
| 83 | BROWN, Rutha D. | 1:14-cv-11557 |
| 84 | ALLEN, Lawrence | 1:14-cv-11565 |
| 85 | BAYLOR, Norris | 1:14-cv-11582 |
| 86 | BELL, Teresa | 1:14-cv-11585 |
| 87 | URIBE, Mayra | 1:14-cv-11600 |
| 88 | MARTIN, Ivory | 1:14-cv-11601 |
| 89 | STANOWSKI, Denise | 1:14-cv-11615 |
| 90 | MILLER, Elizabeth 2 | 1:14-cv-11620 |
| 91 | FAISON, Dorothea | 1:14-cv-11628 |
| 92 | LUE, Paul | 1:14-cv-11636 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 93 | RILEY, Demeta | 1:14-cv-11666 |
| 94 | RUSHWORTH, Tammy | 1:14-cv-11667 |
| 95 | MCGHEE, Patricia | 1:14-cv-11727 |
| 96 | RICHARDSON, Andrew | 1:14-cv-11739 |
| 97 | WILLIAMS, Lisa Faye | 1:14-cv-11755 |
| 98 | ROBINSON, Bernice | 1:14-cv-11758 |
| 99 | ALEGRE, Teresa | 1:14-cv-11790 |
| 100 | COLEMAN, Tammie | 1:14-cv-11793 |
| 101 | SANCHEZ, Leo | 1:14-cv-11809 |
| 102 | MALDONADO, Norma | 1:14-cv-11819 |
| 103 | WARDELL, Barbara | 1:14-cv-11870 |
| 104 | SUMMERFORD, Marsha | 1:14-cv-11905 |
| 105 | RAMSEY, Joyce | 1:14-cv-11967 |
| 106 | SEGREST, Janet | 1:14-cv-12060 |
| 107 | HERNANDEZ, Heriberto | 1:14-cv-12086 |
| 108 | SEAL, Steven | 1:14-cv-12091 |
| 109 | VICKERS, Gerald | 1:14-cv-12095 |
| 110 | SLATE, Richard Barrett | 1:14-cv-12102 |
| 111 | JONES, Leo | 1:14-cv-12174 |
| 112 | GILBERT, Ella | 1:14-cv-12179 |
| 113 | BURGESS, Bobbie Ann | 1:14-cv-12201 |
| 114 | TAYLOR, Phyllis Elvina | 1:14-cv-12209 |
| 115 | GREGORY, Bernice 2 | 1:14-cv-12229 |
| 116 | PRESSLEY, Renarder | 1:14-cv-12230 |
| 117 | WILLIAMS, Harry | 1:14-cv-12261 |
| 118 | BISHOP, Beryl | 1:14-cv-12262 |
| 119 | HOWARD, Eric Lee | 1:14-cv-12353 |
| 120 | WORRELL, Vanessa | 1:14-cv-12369 |
| 121 | HOLSEN, Rhonda | 1:14-cv-12380 |
| 122 | GRIMES, Agnes Ann | 1:14-cv-12414 |
| 123 | PAYNE, Stephanie | 1:14-cv-12440 |
| 124 | MCCOY, Berthran | 1:14-cv-12538 |
| 125 | JONES, Kimberly | 1:14-cv-12592 |
| 126 | LANDA, Lorita | 1:14-cv-12778 |
| 127 | WARREN, Loretta | 1:14-cv-13004 |
| 128 | WILLIAMS, Tracey Lynn | 1:14-cv-13063 |
| 129 | PRESSLEY, Marquel | 1:14-cv-13092 |
| 130 | ROGERS, Lewis | 1:14-cv-13135 |
| 131 | BOWDEN, Trudy | 1:14-cv-13240 |
| 132 | FRANCIS, Victoria | 1:14-cv-13245 |
| 133 | POWELL, Ella | 1:14-cv-13264 |
| 134 | CHEAIRS, Dora | 1:14-cv-13266 |
| 135 | JOHNSON-DAVIS, Rosetta | 1:14-cv-13282 |
| 136 | HERNANDEZ, Galilea | 1:14-cv-13289 |
| 137 | PILCHER, Robert 2 | 1:14-cv-13526 |
| 138 | RODRIGUEZ, Lee 2 | 1:14-cv-13531 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 139 | THOMPSON, Janie | 1:14-cv-13588 |
| 140 | DEMBIK, Robert | 1:14-cv-13682 |
| 141 | MOORE, Tracey | 1:14-cv-13724 |
| 142 | HARDIN, Jermaine | 1:14-cv-13725 |
| 143 | TAYLOR, Nathaniel et al. | 1:14-cv-13752 |
| 144 | CARTER, Garland et al | 1:14-cv-13883 |
| 145 | PATTERSON, Kenneth | 1:14-cv-14015 |
| 146 | COGNEVICH, John | 1:14-cv-14294 |
| 147 | WRAGGS, Lena | 1:14-cv-14316 |
| 148 | MCFARLIN, Denise | 1:14-cv-14387 |
| 149 | CRUZ, Jose (Cooks et al.) | 1:14-cv-14430 |
| 150 | TAYLOR, Alvin (Faulkner et al) | 1:14-cv-14448 |
| 151 | LOPEZ, Joe (Faulkner et al) | 1:14-cv-14458 |
| 152 | PURTLEBAUGH, James (Faulkner et al) | 1:14-cv-14461 |
| 153 | BROUSSARD, Clarence (Faulkner et al) | 1:14-cv-14481 |
| 154 | HOOTS, Candas (Taylor et al) | 1:14-cv-14488 |
| 155 | JONES, Valencia (Taylor et al) | 1:14-cv-14519 |
| 156 | WALLACE, Stanley (Taylor et al) | 1:14-cv-14522 |
| 157 | WILLIS, Nancy (Taylor et al) | 1:14-cv-14527 |
| 158 | BROWN, Deborah (Taylor et al) | 1:14-cv-14530 |
| 159 | LUNFORD, Shirley (Taylor et al) | 1:14-cv-14554 |
| 160 | OLIVAS, Angie (Taylor et al) | 1:14-cv-14557 |
| 161 | MALONE, Barbara (Taylor et al) | 1:14-cv-14558 |
| 162 | AMOS, Johnny (Taylor et al) | 1:14-cv-14562 |
| 163 | BELL, Margie Ann (Taylor et al) | 1:14-cv-14563 |
| 164 | BELL, Sandra (Taylor et al) | 1:14-cv-14565 |
| 165 | PERRIN, Franklyn, Jr. (Taylor et al) | 1:14-cv-14566 |
| 166 | MONROY, Samuel (Taylor et al) | 1:14-cv-14572 |
| 167 | SERVIDIO, Kathleen (Taylor et al) | 1:14-cv-14576 |
| 168 | MCCOY, Arthur (Taylor et al) | 1:14-cv-14582 |
| 169 | RANSOM, Richard (Taylor et al) | 1:14-cv-14583 |
| 170 | MYERS, Lori (Taylor et al) | 1:14-cv-14591 |
| 171 | MOON, Robert (Taylor et al) | 1:14-cv-14593 |
| 172 | BROWN, Yasmin (Taylor et al) | 1:14-cv-14599 |
| 173 | SEWELL, Augusta (Taylor et al) | 1:14-cv-14603 |
| 174 | NEWSOME, LaBonnie (Taylor et al) | 1:14-cv-14607 |
| 175 | HUGHES, Rosetta (Faulkner et al) | 1:14-cv-14608 |
| 176 | SHERRILL, Rufus (Taylor et al) | 1:14-cv-14610 |
| 177 | LEAMAN, Linda (Taylor et al) | 1:14-cv-14613 |
| 178 | SMITH, Richard (Taylor et al) | 1:14-cv-14626 |
| 179 | STCYR, Lucille (Taylor et al) | 1:14-cv-14628 |
| 180 | STRNAD, Susan (Taylor et al) | 1:14-cv-14629 |
| 181 | TAYLOR, Willie (Taylor et al) | 1:14-cv-14630 |
| 182 | CIULLA, Joseph (Wilson2 et al) | 1:14-cv-14631 |
| 183 | PONCE, Pablo (Wilson2 et al) | 1:14-cv-14645 |
| 184 | POSTELL, Cheryl (Wilson2 et al) | 1:14-cv-14646 |

| No. | Plaintiff | MDL case No. |
|-----|-----------|--------------|
| 185 | BUZZARD, Karen  (Taylor et al) | 1:14-cv-14649 |
| 186 | CAMPBELL, Ida (Taylor et al) | 1:14-cv-14652 |
| 187 | MOSS, Edna (Taylor et al) | 1:14-cv-14658 |
| 188 | FROST, Cheryl (Faulkner et al) | 1:14-cv-14663 |
| 189 | CROUCH, Daphne (Faulkner et al) | 1:14-cv-14664 |
| 190 | COX, Edward (Taylor et al) | 1:14-cv-14665 |
| 191 | DAUER, Patricia (Taylor et al) | 1:14-cv-14667 |
| 192 | HALIGA, Julian (Taylor et al) | 1:14-cv-14675 |
| 193 | LANGE, Leanna (Taylor et al) | 1:14-cv-14678 |
| 194 | JACKSON, Lizzie (Taylor et al) | 1:14-cv-14679 |
| 195 | WILSON, Bernard | 1:14-cv-14758 |
| 196 | ROUGHTON, Michael Terry | 1:14-cv-14759 |
| 197 | HAWKINS, Cynthia | 1:15-cv-10029 |
| 198 | SHIELDS, Tanya | 1:15-cv-10039 |
| 199 | CHILTON, Anthony | 1:15-cv-10092 |
| 200 | CRUZ, Carlos Cedeno | 1:15-cv-10126 |
| 201 | DELGADO, Eduardo | 1:15-cv-10167 |
| 202 | BREAKFIELD, Mary | 1:15-cv-10191 |
| 203 | CHAFFINS, Christopher | 1:15-cv-10193 |
| 204 | DEGROAT, Stephan Sr. | 1:15-cv-10213 |
| 205 | ROBERSON, Tony | 1:15-cv-10306 |
| 206 | EVERETTE, Pam | 1:15-cv-10339 |
| 207 | ASHBY, Elisabeth | 1:15-cv-10441 |
| 208 | CHAPPEL-BLACKWELL, Ida | 1:15-cv-10445 |
| 209 | SMITH, Mary 3 | 1:15-cv-10507 |
| 210 | SMITH, Shandon | 1:15-cv-10509 |
| 211 | DELGADO, Joe | 1:15-cv-10514 |
| 212 | HATHORN, Leo | 1:15-cv-10541 |
| 213 | HALE, Lucille | 1:15-cv-10582 |
| 214 | THOMPSON, Little | 1:15-cv-10583 |
| 215 | CASTANEDA, Ariana | 1:15-cv-10587 |
| 216 | JOHNSON, Vernetta | 1:15-cv-10611 |
| 217 | LILLY, Ray A. | 1:15-cv-10621 |
| 218 | IVORY, Shavonya | 1:15-cv-10626 |
| 219 | GEARHEART, Acie | 1:15-cv-10694 |
| 220 | DUHART, Allynncia | 1:15-cv-10711 |
| 221 | TYLER, Deborah | 1:15-cv-10715 |
| 222 | FRANK, Rita | 1:15-cv-10766 |
| 223 | DOTTIN, Edney Gibson | 1:15-cv-10787 |
| 224 | SMITH, Cheryl L. | 1:15-cv-10797 |
| 225 | WRIGHT, Lillian H. | 1:15-cv-10829 |
| 226 | SMITH, Dorothy | 1:15-cv-10867 |
| 227 | OGBURN, Effie | 1:15-cv-10880 |
| 228 | WATSON, Erick R. | 1:15-cv-10882 |
| 229 | JONES, SaiSean | 1:15-cv-10884 |
| 230 | WHISENANT, Sandra | 1:15-cv-10891 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 231 | PHILLIPS, Fredrick | 1:15-cv-10894 |
| 232 | GARY, Clarence Jr. | 1:15-cv-10895 |
| 233 | NELSON, Mary | 1:15-cv-10936 |
| 234 | PEREZ, Nancy | 1:15-cv-10941 |
| 235 | REID, Ronnie | 1:15-cv-10946 |
| 236 | KAMANU, Babette | 1:15-cv-10972 |
| 237 | ROGERS, Dewayne | 1:15-cv-10985 |
| 238 | SERNA, Luke | 1:15-cv-11002 |
| 239 | TUCKER, Gregory | 1:15-cv-11088 |
| 240 | WILLIAMS, Jewel | 1:15-cv-11158 |
| 241 | HOLLY, Gwendolyn | 1:15-cv-11174 |
| 242 | BYRD-POLLARD, Annie | 1:15-cv-11209 |
| 243 | HICKS, Amanda Blue | 1:15-cv-11224 |
| 244 | MARTINEZ, April aka April Card | 1:15-cv-11229 |
| 245 | GLEASON, James | 1:15-cv-11252 |
| 246 | HILL, Arthur 2 | 1:15-cv-11272 |
| 247 | TOLLIVER, Emma | 1:15-cv-11284 |
| 248 | MORGAN, Cathy | 1:15-cv-11290 |
| 249 | MCINTYRE, David | 1:15-cv-11308 |
| 250 | GARCIA, Serena | 1:15-cv-11321 |
| 251 | HERNANDEZ-MAJARIAN, Theresa J. | 1:15-cv-11322 |
| 252 | SHREWSBURY, Dwight | 1:15-cv-11335 |
| 253 | BOWEN, Byron 2 | 1:15-cv-11343 |
| 254 | HERRON, Shirley | 1:15-cv-11346 |
| 255 | SIMPSON, Gary 2 | 1:15-cv-11351 |
| 256 | HENDRIX, Gillian 2 | 1:15-cv-11359 |
| 257 | AVILA, Guadalupe | 1:15-cv-11383 |
| 258 | DAVIS, Cathye | 1:15-cv-11386 |
| 259 | JACKSON, Jeremy 2 | 1:15-cv-11394 |
| 260 | PARKER, Alex | 1:15-cv-11414 |
| 261 | VILLARREAL, Maria 2 | 1:15-cv-11423 |
| 262 | LOVITCH, Melissa 2 | 1:15-cv-11431 |
| 263 | DANIELS, Frances | 1:15-cv-11434 |
| 264 | TESTER, Rita 2 | 1:15-cv-11435 |
| 265 | ECHOLS, Sheila S. 2 | 1:15-cv-11439 |
| 266 | CROSS, Alice | 1:15-cv-11464 |
| 267 | PRYOR, Margaret et al. 2 | 1:15-cv-11530 |
| 268 | GRAVES, Robert 2 | 1:15-cv-11597 |
| 269 | MCINTYRE, Mary L. 2 | 1:15-cv-11605 |
| 270 | ROBERSON, Victor 2 | 1:15-cv-11662 |
| 271 | REED, Darcy | 1:15-cv-11689 |
| 272 | CARR, Fred Jr. | 1:15-cv-11707 |
| 273 | HARRIS, Samantha | 1:15-cv-11942 |
| 274 | HOLMES, Corbrie | 1:15-cv-11949 |
| 275 | SCARBOROUGH, Franklin | 1:15-cv-11950 |
| 276 | WINSTON, Tashabia | 1:15-cv-11952 |

Case 1:13-md-02428-DPW   Document 1862-2   Filed 04/11/17   Page 8 of 9

| No. | Plaintiff | MDL case No. |
| --- | --- | --- |
| 277 | CAFARO, Vincent | 1:15-cv-11960 |
| 278 | MARSHALL, Rosa | 1:15-cv-11961 |
| 279 | SILVER, Betty | 1:15-cv-11966 |
| 280 | THUNDERBULL, Marla | 1:15-cv-11967 |
| 281 | MOORE, Marquinta | 1:15-cv-11968 |
| 282 | ROBINSON, Denise | 1:15-cv-11972 |
| 283 | BING, Linda | 1:15-cv-11973 |
| 284 | PIERSON, Sherri | 1:15-cv-11977 |
| 285 | YORK, Angela | 1:15-cv-11981 |
| 286 | ANDERSON, Eva | 1:15-cv-11986 |
| 287 | MONTGOMERY, Preston | 1:15-cv-11991 |
| 288 | JASPER, Karen | 1:15-cv-12015 |
| 289 | FOWLER, Betty | 1:15-cv-12018 |
| 290 | MACIAS, Belisario Jr. 2 | 1:15-cv-12023 |
| 291 | MACIAS, Belisario Jr. | 1:15-cv-12025 |
| 292 | STRINGFELLOW, Sherry | 1:15-cv-12027 |
| 293 | VAUGHAN, Willie | 1:15-cv-12033 |
| 294 | ROYAL, David | 1:15-cv-12034 |
| 295 | WHITING, Edward | 1:15-cv-12037 |
| 296 | HENDERSON, Conrad | 1:15-cv-12045 |
| 297 | JONES, Jarvis | 1:15-cv-12054 |
| 298 | JACKSON, Amos | 1:15-cv-12056 |
| 299 | NEWMAN, Rodney | 1:15-cv-12064 |
| 300 | MAXWELL, Deloris | 1:15-cv-12072 |
| 301 | SCHRAN, Cathy | 1:15-cv-12075 |
| 302 | WALKER, Demetrice | 1:15-cv-12083 |
| 303 | WILLIS, Corey | 1:15-cv-12099 |
| 304 | ECHEVERRIA, Reynaldo | 1:15-cv-12102 |
| 305 | MILLS, James D. 2 | 1:15-cv-12108 |
| 306 | ANDERSON, Kennedy | 1:15-cv-12112 |
| 307 | CARTER, Don'Nitta | 1:15-cv-12114 |
| 308 | BAKER, Jeretha 2 | 1:15-cv-12139 |
| 309 | FRENKE, Michael | 1:15-cv-12143 |
| 310 | YOUNG, Ashley 2 | 1:15-cv-12158 |
| 311 | MISCHKE, Opal Irene 2 | 1:15-cv-12164 |
| 312 | HARRISON, Shelly 2 | 1:15-cv-12192 |
| 313 | AJARYAN, Anait 2 | 1:15-cv-12211 |
| 314 | MCCOLLUM, Antonio et al. 2 | 1:15-cv-12235 |
| 315 | TEAGUE, Bernis E. 2 | 1:15-cv-12240 |
| 316 | PAGE, Diane 2 | 1:15-cv-12252 |
| 317 | PRESLEY, Vanessa 2 | 1:15-cv-12266 |
| 318 | TAYLOR, Annetta L. | 1:15-cv-12267 |
| 319 | GUTIERREZ, Mary | 1:15-cv-12272 |
| 320 | SENA, Feliciano (Pryor II et al) | 1:15-cv-12496 |
| 321 | NAVARRO-HERNANDEZ, Elizabeth (Pryor II et al) | 1:15-cv-12550 |
| 322 | THOMPSON, Sheila (Pryor II et al) | 1:15-cv-12649 |

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 323 | MIMS, Tory (Pryor II et al) | 1:15-cv-12655 |
| 324 | RAY, Jamia (Pryor II et al) | 1:15-cv-12661 |
| 325 | PRESLEY, Joey (Pryor II et al) | 1:15-cv-12662 |
| 326 | MARROQUIN, Claudia (Carter er al) | 1:15-cv-12980 |
| 327 | WHITE, Joy | 1:15-cv-13316 |
| 328 | MCCLOUD, Ruth | 1:15-cv-13884 |
| 329 | PEREZ, Israel | 1:15-cv-14147 |