# Exhibit C

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 1 | WOMBLE, Eric L. Jr. | 1:13-cv-11434 |
| 2 | CHRISTIAN, Lawrence | 1:14-cv-10451 |
| 3 | JAMES, Demetrus | 1:14-cv-13897 |
| 4 | ANDERSON, Marlene | 1:15-cv-10650 |
| 5 | PRESSLEY, Stacy | 1:15-cv-10984 |
| 6 | NORWOOD, Brenda | 1:15-cv-11019 |
| 7 | HOLLIN, Gail B. | 1:15-cv-11090 |
| 8 | SHORT, Gloria | 1:15-cv-11109 |
| 9 | CRAWLEY, Debra L. | 1:15-cv-11307 |