# Exhibit A

| No. | Plaintiff | MDL case No. |
| --- | --- | --- |
| 1 | DAWSON, Ivy | 1:13-cv-12401 |
| 2 | MONTGOMERY, Melody | 1:13-cv-12474 |
| 3 | MCDONALD, Roy | 1:14-cv-10385 |
| 4 | HANNAH, Natalie | 1:14-cv-10473 |
| 5 | COX, Dwain et al. | 1:14-cv-10507 |
| 6 | BLANKS, Katherine 2 | 1:14-cv-10859 |
| 7 | COURTLAND, Cortez | 1:14-cv-11130 |
| 8 | KING, Joetta | 1:14-cv-11493 |
| 9 | QUEIROZ, Kerry | 1:14-cv-11663 |
| 10 | HOLMAN, Pamela | 1:14-cv-11888 |
| 11 | VILLALOBOS, Michael (Abed et al) | 1:14-cv-12578 |
| 12 | MUNOZ-COLLINS, Laura | 1:14-cv-12898 |
| 13 | PONTIN, Richard | 1:14-cv-13546 |
| 14 | VAUGHN, Vanessa (Faulkner et al) | 1:14-cv-14465 |
| 15 | WINSTON, James (Faulkner et al) | 1:14-cv-14560 |
| 16 | TATE, Troy D. | 1:15-cv-11432 |
| 17 | BLANKS, Katherine 3 | 1:15-cv-11945 |
| 18 | DAVIS, Danny | 1:15-cv-11956 |
| 19 | JONES, Debbra | 1:15-cv-12007 |
| 20 | WHITE, Idell | 1:15-cv-12144 |
| 21 | FOLK, Michele 2 | 1:15-cv-12194 |
| 22 | MZRAKYAN, Arpik | 1:15-cv-12205 |
| 23 | HUGHES, Clementene (Yassin et al) | 1:15-cv-12399 |
| 24 | PALMER, Lillie (Pryor II et al) | 1:15-cv-12555 |
| 25 | CAROTHERS, Robert (Pryor II et al) | 1:15-cv-12585 |
| 26 | MCKINNEY, Joseph (Jenkins et al) | 1:15-cv-12613 |
| 27 | SHERMAN, Thelma (Pryor II et al) | 1:15-cv-12674 |
| 28 | CARPENTER, Christine (Aviles et al) | 1:15-cv-12815 |
| 29 | DUDLEY, Richard (Aviles et al) | 1:15-cv-12815 |
| 30 | YATES, Vera | 1:15-cv-13104 |