# Exhibit B

| No. | Plaintiff | MDL case No. |
| --- | --- | --- |
| 1 | JONES, Latonia (Faulkner et al) | 1:14-cv-14514 |
| 2 | HALL, Ramsey | 1:15-cv-12055 |