# Exhibit C

| No. | Plaintiff | MDL case No. |
|---|---|---|
| 1 | MCKINLEY, Brenda 2 | 1:15-cv-11330 |