UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION | MDL NO. 1:13-MD-2428-DPW |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**PLAINTIFF LEADERSHIP'S PETITION FOR AWARD AND ALLOCATION OF COMMON BENEFIT FEES**

The parties have now consummated and Fresenius has funded the global settlement.

The MDL Plaintiffs' Executive Committee ("PEC"), and the Massachusetts state consolidated proceeding's Plaintiffs' Steering Committee ("PSC"), respectfully now jointly move this Court, pursuant to CMO No. 14 (Revised), for an award and allocation of common benefit fees.

The total amount for which Plaintiffs' leadership seeks reimbursement for common benefit fees, is $15,870,491.01.

A proposed Order is filed herewith for the Court's consideration.

As set forth in the accompanying Memorandum and Affidavit from the MDL Court appointed accountant, Philip A. Garrett, CPA:

1. The Plaintiffs' Leadership has well and properly performed its duties in managing, litigating and bringing to a successful resolution this complex state-federal coordinated litigation;

2. The nature and volume of work and total hours applied towards the common benefit of all plaintiffs is reasonable and complies with the requirements of CMO 14 (Revised); and,

3. The Court should defer and be guided by Plaintiff Leadership's proposed allocation of percentages of the overall available common benefit fees to each of the common benefit law firms, especially given: (a) the unanimous agreement and recommendation of the Common Benefit Fee Committee; and (b) the overwhelming support of the proposed allocation by the common benefit law firms.

Dated:   December 12, 2017

Respectfully submitted,

/s/ Anthony Tarricone
Anthony Tarricone, Esq.
MDL Plaintiffs' Liaison Counsel
Kreindler & Kreindler LLP
855 Boylston Street
Boston, MA 02116
(617) 424-9100
atarricone@kreindler.com

/s/ Robert K Jenner
Robert K. Jenner, Esq. (BBO No. 569381)
MA State Consolidated Litigation Co-Lead Counsel
Janet, Jenner & Suggs, LLC
31 Saint James Avenue
Suite 365
Boston, MA 02116
(410) 653-3200
rjenner@JJSjustice.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this 12th of December, 2017, a copy of the foregoing has been duly served via ECF, with courtesy copies also served upon all known plaintiff counsel with settlement opt in cases via electronic mail this day, and a courtesy copy sent to:

Maria Durant  
Collora LLP  
100 High Street  
Boston, MA 02110-2321  
mdurant@collorallp.com  
(Lead Counsel for Fresenius Medical Care North America)

                                                   /s/ Anthony Tarricone  
                                                   Anthony Tarricone, Esq.