UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: FRESENIUS GRANUFLO/ )<br>NATURALYTE DIALYSATE )<br>PRODUCTS LIABILITY LITIGATION ) | MDL no. 13-2428-DPW |

*This document relates to: all settlement cases*

## PLAINTIFFS' SETTLEMENT COMMITTEE'S STATUS REPORT
## REGARDING CONCLUSION OF SETTLEMENT PROGRAM

The Plaintiffs' Settlement Committee, with the knowledge and assent of the Settlement Special Master, Professor Eric Green, hereby advises the Court that it considers the GranuFlo-NaturaLyte Settlement Program to be concluded. In support of that conclusion, the Committee submits the following for the Court's consideration:

1. As more fully described in Professor Green's report to this Court dated May 31, 2018, the claims processing, claim evaluation and claim appeals process for the parties' private settlement program concluded one year ago.

2. Shortly thereafter, notice of settlement award amounts issued to counsel for all eligible claimants, which was followed by initiation of the process to resolve medical liens for all eligible awards. Providio Medisolutions LLC (now known as Archer Systems LLC and hereafter referred to as "Providio/Archer"), administered the medical lien resolution program.

3. Starting in about the Fall of 2018 and continuing thereafter on a rolling basis, as medical liens were resolved, awards were distributed to claimants through their counsel of record by the Court-appointed Qualified Settlement Fund (QSF) Administrator, Providio/Archer.

1

4. On a regular basis, the undersigned notified counsel for Fresenius as to which cases received their award distribution, so that Fresenius could file Stipulations of Dismissal to terminate each respective case.

5. As of this submission, Providio/Archer has resolved all medical liens and distributed all settlement awards for eligible claimants, with one exception: a small number of awards (four at the time of this submission) have been held back where counsel for the claimants have asked Providio/Archer to hold the available settlement funds in escrow, typically to allow claimant counsel additional time to address other settlement-related processes for those claims (for example, probate approval or the creation of settlement trusts). Providio/Archer will release these funds immediately upon request by claimant counsel.[1]

6. Except for Providio/Archer's very limited ongoing activity described in paragraph 5 above, the Plaintiffs' Settlement Committee considers the GranuFlo-NaturaLyte Settlement Program to be concluded.

7. The Plaintiffs' Settlement Committee will continue to cooperate with Fresenius counsel to ensure that all Stipulations of Dismissal for settlement cases are filed.

---

[1] These cases are pending in Massachusetts state court.

Respectfully submitted,

/s/ James D. Gotz
James D. Gotz, Esq.
Hausfeld LLP
One Marina Park Drive
Suite 1410
Boston, MA 02210
jgotz@hausfeld.com
617-207-0601

On behalf of:

Plaintiffs' Settlement Committee

Dated: June 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that, this 10th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system and sent a courtesy copy to the Settlement Special Master and counsel for Fresenius.

/s/ James D. Gotz
James D. Gotz, Esq.